# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Washington Mutual, Inc.
1301 Second Avenue
Seattle, WA 98101
 **EIN:** 91−1653725

**Chapter:** 11

*Case No*.: 08−12229−MFW

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 2/16/2012 was filed on 2/21/2012 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 3/13/2012 .

If a request for redaction is filed, the redacted transcript is due 3/19/2012 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 5/17/2012 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*[signature]*

Clerk of Court

Date: 2/21/12

(ntc)

United States Bankruptcy Court
District of Delaware

In re:  
Washington Mutual, Inc.  
Class Representatives  
     Debtors

Case No. 08-12229-MFW  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0311-1         User: Brandon              Page 1 of 2                   Date Rcvd: Feb 21, 2012
                            Form ID: ntcBK             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2012.
```
db          #+Washington Mutual, Inc.,    1301 Second Avenue,    Seattle, WA 98101-3804
aty          +David B. Hird,    Weil, Gotshal & Manges LLP,    1300 Eye Street NW,    Suite 900,
               Washington, DC 20005-3348
aty          +David L. Permut,    Goodwin Procter LLP,    901 New York Avenue NW,    Washington, DC 20001-4432
aty          +David M. Stern,    Klee Tuchin Bogdanoff & Stern LLP,    1999 Avenue of the Stars,    39th Floor,
               Los Angeles, CA 90067-6049
aty          +Diana M. Eng,    Weil, Gotshal & Manges LLP,    767 Fifth Avenue,    New York, NY 10153-0119
aty          +Jennifer L. Wine,    Weil, Gotshal & Manges LLP,    1300 Eye Street, NW, Ste. 900,
               Washington, DC 20005-3348
aty          +Julio C. Gurdian,    Weil, Gotshal & Manges LLP,    1395 Brickell Avenue, Ste 1200,
               Miami, FL 33131-2825
aty          +Lee R. Bogdanoff,    Klee Tuchin Bogdanoff & Stern LLP,    1999 Avenue of the Stars,    39th Floor,
               Los Angeles, CA 90067-6049
aty          +Lisa N. Cloutier,    Weil, Gotshal & Manges LLP,    100 Federal Street,    34th Floor,
               Boston, MA 02110-1848
aty          +Lisa R. Eskow,    Weil, Gotshal & Manges LLP,    700 Louisiana, Ste. 1600,    Houston, TX 77002-2784
aty          +Patricia Astorga,    Weil, Gotshal & Manges LLP,    767 Fifth Avenue,    New York, NY 10153-0119
aty          +Rachel Barish Swartz,    Weil, Gotshal & Manges LLP,    767 Fifth Avenue,    New York, NY 10153-0119
aty          +Richard W. Slack,    Weil, Gotshal & Manges LLP,    767 Fifth Avenue,    New York, NY 10153-0119
aty          +Whitman L. Holt,    Klee, Tuchin, Bogdanoff & Stern LLP,    1999 Avenue of the Stars,    39th Floor,
               Los Angeles, CA 90067-6049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2012**         **Signature:**  *Joseph Speetjens*

```
District/off: 0311-1          User: Brandon               Page 2 of 2                 Date Rcvd: Feb 21, 2012
                              Form ID: ntcBK              Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2012 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0