| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| PROVIDIAN FINANCIAL | Argentina | 042 | Providian Financial Corporation | 2.296.107 | 7/10/2000 | 1.859.296 | 8/1/2002 |
| PROVIDIAN FINANCIAL | Argentina | 038 | Providian Financial Corporation | 2.296.106 | 7/10/2000 | 1.859.295 | 8/1/2002 |
| PROVIDIAN FINANCIAL | Argentina | 035 | Providian Financial Corporation | 2.296.104 | 7/10/2000 | 1.859.293 | 8/1/2002 |
| PROVIDIAN FINANCIAL | Argentina | 016 | Providian Financial Corporation | 2.296.112 | 7/10/2000 | 1.859.301 | 1/24/2002 |
| PROVIDIAN FINANCIAL | Argentina | 036 | Providian Financial Corporation | 2.296.105 | 7/10/2000 | 1.859.294 | 8/1/2002 |
| PROVIDIAN FINANCIAL | Brazil | 035 | Providian Financial Corporation | 824.098.005 | 10/5/2001 | | |
| PROVIDIAN FINANCIAL | Brazil | 036 | Providian Financial Corporation | 824.097.998 | 10/5/2001 | | |
| WAMUMORTGAGE | Canada | 000 | Washington Mutual Bank | 1,040,771 | 12/22/1999 | | |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | Argentina | 036 | Providian Financial Corporation | 2.296.114 | 7/10/2000 | 1.854.755 | 12/6/2001 |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | Argentina | 042 | Providian Financial Corporation | 2.296.116 | 7/10/2000 | 1.854.757 | 12/6/2001 |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | Argentina | 038 | Providian Financial Corporation | 2.296.115 | 7/10/2000 | 1.854.756 | 12/6/2001 |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | Argentina | 035 | Providian Financial Corporation | 2.296.113 | 7/10/2000 | 1.854.753 | 12/6/2001 |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | Canada | 000 | New American Capital Inc. | 750118 | 3/18/1994 | | |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | Community | 009 016 035 036 042 | New American Capital Inc. | 000957357 | 10/8/1998 | 000957357 | 2/9/2000 |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | Mexico | 036 | Providian Financial Corporation | 195655 | 4/7/1994 | 463,661 | 6/16/1994 |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | United Kingdom | 009 016 035 036 042 | New American Capital Inc. | 2179225 | 10/8/1998 | 2179225 | 9/24/1999 |

## Part II: Patents/Patent Applications

| PATENTS | | | | |
|---|---|---|---|---|
| **Title** | **Comments** | **App. No./ Patent No.** | **Filed/ Issued** | **Art Unit** |
| METHOD AND SYSTEM FOR CREATING AND MAINTAINING AN INDEX FOR TRACKING FILES RELATING TO PEOPLE | Granted<br>Owner: Providian Financial Corporation | 10/157,596<br>6,968,348 | 05/28/2002<br>11/22/2005 | 2162 |
| DATABASE COMPUTER ARCHITECTURE FOR MANAGING AN INCENTIVE AWARD PROGRAM AND CHECKING FLOAT OF FUNDS AT TIME OF PURCHASE | Granted<br>Owner: American Savings Bank, F.A. | 08/486,681<br>5,734,838 | 06/07/1995<br>03/31/1998 | 2761 |
| METHOD FOR ISSUING A SECURED CREDIT CARD | Granted<br>Owner: Providian Financial Corporation | 08/760,148<br>5,950,179 | 12/03/1996<br>09/07/1999 | 2765 |
| NEURAL NETWORK BASED DECISION PROCESSOR AND METHOD | Granted<br>Owner: Providian Bancorp Services | 09/761,328<br>6,782,375 | 01/16/2001<br>08/24/2004 | 2121 |

| PATENT APPLICATIONS | | | | |
|---|---|---|---|---|
| **Title** | **Comments** | **App. No./** | **Filed** | **Art Unit** |
| ACCOUNT OPENING SYSTEM, METHOD AND COMPUTER PROGRAM PRODUCT | Owner: Providian Financial Corporation | 10/161,347 | 05/31/2002 | 3692 |
| CAPITAL ALLOCATION MODEL | Owner: Providian Financial Corporation | 10/262,379 | 09/30/2002 | |
| METHOD, SYSTEM AND COMPUTER PROGRAM FOR FURNISHING INFORMATION TO CUSTOMER REPRESENTATIVES | Owner: Providian Financial Corporation | 10/226,681 | 08/22/2002 | |
| METHOD AND SYSTEM FOR PROVIDING CREDIT-RELATED INFORMATION TO FINANCIAL INSTITUTION CUSTOMERS | Owner: Providian Financial Corporation | 10/830,683 | 04/23/2004 | |
| METHOD AND SYSTEM FOR CREATING AND MAINTAINING AN INDEX FOR TRACKING FILES RELATING TO PEOPLE. | Owner: Washington Mutual Bank<br>(Granted 03/09/2010 under Patent No. 7,676,459) | 11/155,386 | 06/17/2005 | 2162 |

## Part III: Copyrighted Material

| Type | Title | Copyright Claimant | Creation Date | Publication Date | Reg. No. | Reg. Date |
|------|-------|--------------------|---------------|------------------|----------|-----------|
| Serial | Friend of the Family Catalog: Your Guide to Financial services at Washington Mutual | Washington Mutual Savings Bank | | 1989 | | |
| Serial | Friend of the Family Catalog: Your Guide to Financial Services at Washington Mutual | Washington Mutual Savings Bank | 1988 | 1988-12-28 | TX0002529187 | 1989-03-22 |
| Serial | Friend of the Family Catalog: Your Guide to Financial Services at Washington Mutual | Washington Mutual Savings Bank | 1987 | 1987-09-24 | TX0002360607 | 1988-07-29 |
| Serial | Friend of the Family Catalog: Your Guide to Financial Services at Washington Mutual | Washington Mutual Savings Bank | 1986 | 1986-05-29 | TX0001922255 | 1986-09-30 |
| | | | 1986 | 1986-12-08 | TX0002027885 | 1987-03-30 |
| Computer File | School Savings | Washington Mutual Bank (Seattle) | 1992 | 1992-04-10 | TX0004061074 | 1995-05-17 |
| Computer File | School Savings Tattler Program | Washington Mutual Bank (Seattle) | 1992 | 1992-04-08 | TX0004061073 | 1995-05-17 |
| Recorded Document | Facing Tax Reform, Brochure/1987 ed. | Washington Mutual Savings Bank | | 1988-07-17 1988-10-20 | V2408P493-495 | 1988-10-31 |
| Recorded Document | Friend of the Family; Catalog/1987 ed. | Washington Mutual Savings Bank | | 1988-07-21 | V2408P489-492 | 1988-10-31 |
| Recorded Document | Friend of the Family Catalog | Washington Mutual Savings Bank | 1986 | 1986-09-19 | V2240P009-013 | 1987-03-03 |
| Text | Providian PRO Portfolio Return Optimizer | Providian Corporation | 1996 | 1996-05-15 | TX0004297076 | 1996-06-03 |
| Serial | Providian Stable Value Benchmark | Providian Corporation | | 1997 | | |
| Serial | Providian Stable Value Benchmark | Providian Corporation | 1996 | 1996 | | |
| | | | | | TX0004265116 | 1996-04-26 |
| | | | | | TX0004335789 | 1996-09-05 |
| | | | | | TX0004357329 | 1996-09-30 |
| | | | | | TX0004379051 | 1996-12-05 |
| | | | | | TX0004402492 | 1996-12-24 |
| | | | | | TX0004437615 | 1997-01-31 |

## EXHIBIT "Y"

## WMI INTELLECTUAL PROPERTY

Y

## Part I: Trademarks

| Mark | Country | Application Number | Application Date | Registration Number | Registration Date |
|------|---------|--------------------|-----------------|--------------------|--------------------|
| LAM | United States | 77/031,085 | 10/27/2006 | 3,264,193 | 7/17/2007 |
| LAWYERS ASSET MANAGEMENT | United States | 78/952,942 | 8/15/2006 | 3,258,396 | 7/3/2007 |
| LAWYERS ASSET MANAGEMENT | California | 62774 | 11/9/2006 | 62774 | 11/9/2006 |
| TIMCOR | California | 62773 | 11/9/2006 | 62773 | 11/9/2006 |
| TIMCOR | United States | 7/031,077 | 10/27/2006 | 3,447,434 | 6/17/2008 |

## Part II:  Domain Names

1031info.com
1031intercambio.com
aria.com
ariabillsnap.com
ariaservice.com
ariasucks.com
cedarbrookcenter.com
cedarbrookcenter.net
kerrykillinger.com
kerrykillinger.net
kerrykillinger.org
killinger.net
killinger.org
na1031.com
na1031.net
na1031.org
timcor.com
timcor.net
timcor.org
timcor1031.net
timcor1031.org
timcor1031exchange.com
timcor1031exchange.net
timcor1031exchange.org
timcor1031exchangeservice.com
timcor1031exchangeservice.net
timcor1031exchangeservice.org
timcor1031service.com
timcor1031service.net
timcor1031service.org
timcor1031services.com
timcor1031services.net
timcor1031services.org
timcorexchange.com
timcorexchange.net
timcorexchange.org
timcorexchangeservice.com
timcorexchangeservice.net
timcorexchangeservice.org
timcorexchangeservices.com
timcorexchangeservices.net
timcorexchangeservices.org
timcorfinancial.com

timcorp.org
timcorservice.com
timcorservice.net
timcorservice.org
gobuysmart.biz
gobuysmart.com
gobuysmart.info
gobuysmart.net
gobuysmart.org
buysmartbiz.biz
buysmartbiz.com
buysmartbiz.info
buysmartbiz.net
buysmartbiz.org
buysmartcentral.biz
buysmartcentral.net
buysmartcentral.com
buysmartcentral.info
buysmartcentral.org
buysmarthere.biz
buysmarthere.com
buysmarthere.info
buysmarthere.net
buysmarthere.org
buysmartoffers.biz
buysmartoffers.com
buysmartoffers.info
buysmartoffers.net
buysmartoffers.org
buysmartsaving .biz
buysmartsaving.com
buysmartsaving.info
buysmartsaving.net
buysmartsaving.org
buysmartsavings.biz
buysmartsavings.com
buysmartsavings.info
buysmartsavings.net
buysmartsavings.org
wamuinc.net

EXHIBIT "Z"

## LOANS SERVICED BY JPMORGAN

SFR Loans:

0041822750
0041832759
0041843434
0041846312
0041848714
0041853573
0041854761
0041861691
0041865015
0041870932
0041870965
0041871161
0041873290
0041873936
0041880568
0041880584
0041881459
0041884057
0041886037
0041886730
0041888934
0041891136
0041892639
0041895301
0041896804
0041898099
7006053883
7006241165
7006672161
7007119105
7007140143
7007147072
7008826989
0006787212
0013515515
0015336175
0020115135
0031033137
0039902887
0041839051

SFR Loans:

0041852823
0041861501
0041864109
0041883554
0041895830
0041908906
7004829722
7005027128
7005624890
7005837377
7008464708

Consumer Loans:

| |
|---|
| 429400077006 |
| 429400122471 |
| 429400222256 |
| 429400764945 |
| 429400848626 |
| 429400888514 |
| 429400905234 |
| 429401603640 |
| 429401620999 |
| 429420087653 |
| 429420985652 |

# EXHIBIT "*AA*"

## GOVERNING SERVICE AGREEMENTS

Servicing Agreement, dated August 29, 1997, between Home Savings of America, FSB and Ahmanson Obligation Company

Servicing Agreement, dated September 16, 2002, between Ahmanson Obligation Company and Washington Mutual Bank

## EXHIBIT *"BB"*

## LIST OF EXCLUDED PARTIES

A.  Tracy Aguilar, Judy Vinson Anderson, David Beck, Thomas W. Casey, James
    Corcoran, Cheryl Feltgen, Minh Holman, Ken Kido, Kerry Killinger, Quyen X. Lam,
    Binh Lay, Linda Ly, Jesus Martinez, Brian Minkow, Everado Navarro, Chris
    O'Brien, Adrian Ochoa, Eric Ostgarden, Alice Padilla, Tyler Quach, Edgar Rios,
    Rosie Rodriguez, Stephen Rotella, Joey Rubin, Humberto Saenz, David Schneider,
    Enock Tetteh, Armen Thomas, Veda Tran, Nancy Valeron, Frank Vella.

B.  Any Person who committed intentionally dishonest or intentionally fraudulent acts
    within the meaning of the Financial Institutions Bond Coverage on the Tower
    Insurance Programs causing loss to WMB, other than any Person serving as a current
    director or officer of WMI or WMB or their subsidiaries or Affiliates or a Retained
    Professional.

C.      Any of WMB's professionals, attorneys, accountants, brokers, appraisers, title
        companies, closing agents, or any other Person who was retained by or for the
        benefit of WMB or any of WMB's subsidiaries except (1) any Person in their
        capacity as a current or former WMB employee (other than the Persons listed in
        Paragraph A above), (2) the Retained Professionals, and (3) any Person serving as
        a current director or officer of WMI or WMB or their subsidiaries or Affiliates.

## SCHEDULE 2.4(a)

### LIST OF PREDECESSOR ENTITITES

1.      H.F. Ahmanson and Company, and its subsidiaries as of October 1, 2008, for all tax years ending on or prior to Ocober 1, 1998.[1]

2.      Dime Bancorp, Inc., and its subsidiaries as of January 4, 2002, for all tax years ending on or prior to January 4, 2002.[2]

---

[1] Date that H.F. Ahmanson and Company merged into Washington Mutual, Inc. and became a member of the Washington Mutual, Inc. and Subsidiaries consolidated group for federal income tax purposes.

[2] Date that Dime Bancorp, Inc. merged into Washington Mutual, Inc. and became a member of the Washington Mutual, Inc. and Subsidiaries consolidated group for federal income tax purposes.

**SCHEDULE 2.9(a)**

**LIST OF CLAIMS ASSOCIATED
WITH JPMC RABBI TRUSTS, ETC.**

Plan Name:        **American Savings Bank - DCP**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 2180 | **Brandt Burghall** | **$225,000.00** |
| 3059 | **Debra Kegel** | **$314,870.00** |
| 101 | **Fred Schweer** | **$264,174.67** |
| 418 | **Harold J. Hendricks** | **$308,379.00** |
| 1720 | **Karin Hill** | **$24,664.80** |
| 2883 | **Kathleen C. O'Mara** | **U** |
| 2929 | **Melody Gayeski** | **$23,987.39** |
| 1292 | **Michael Moore** | **$181,000.00** |
| 323 | **Robert Thurston** | **$150,625.00** |
| 1024 | **Ruth Price** | **$4,232.02** |
| Total: | **10** | **$1,496,932.88** |

Plan Name:          **ASB – SERP**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 2194 | **Andrew Shiozaki** | $150,500.00 |
| 1366 | **Arthur Porter** | $1,591,000.00 |
| 2648 | **Brian Dale Shea** | $295,590.00 |
| 2644 | **Carl Formato** | $108,024.08 |
| 2645 | **Carolyn McKenzie** | $592,436.16 |
| 2058 | **Craig Davis** | $887,628.00 |
| 3059 | **Debra Kegel** | $314,870.00 |
| 2459 | **Donald Royer** | U |
| 688 | **Doris Stern** | U |
| 2029 | **Faris Weber** | U |
| 101 | **Fred Schweer** | $264,174.67 |
| 2641 | **Gloria Gowens** | $142,632.00 |
| 1457 | **James Izu** | $357,199.20 |
| 1851 | **James Parese** | $4,251.00 |
| 2642 | **Jimmy Holland** | $442,646.00 |
| 1067 | **John Freed** | U |
| 327 | **John Nunn** | U |
| 2066 | **John R. Donohue** | $1,420,320.00 |
| 2650 | **Johnette Dowden Holland** | $221,323.00 |
| 2071 | **Karen Christensen** | $648,000.00 |
| 2392 | **Mario Antoci** | $4,888,980.00 |
| 1081 | **Mary Light** | U |
| 2643 | **Mary Locatelli** | $900,000.00 |
| 3009 | **Melody Gayeski** | U |
| 2647 | **Mitchell Rosenberg** | $656,910.00 |
| 973 | **Patricia Joyce** | U |
| 2011 | **Richard Grout** | $101,867.40 |
| 2068 | **Robert Barnum** | $1,704,432.00 |
| 1773 | **Robert Henske** | $117,464.00 |
| 2090 | **Samuel T.R Revell** | U |
| 1582 | **Ted Yates** | U |
| 2175 | **Thomas P Borer** | $68,854.00 |
| 3731 | **Verne Griscom** | U |
| 2518 | **W Brent Robinson** | $570,533.00 |
| Total: | 34 | $16,449,634.51 |

Plan Name:     **Coast Federal Bank - Officers & Directors**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 3792 | **C. William Jackson** | **$500,000.00** |
| 2460 | **Christine Stalder** | **$305,747.00** |
| 2458 | **Fred Stalder** | **$1,222,989.00** |
| 463 | **Harry Pflaumer** | **$176,484.00** |
| 689 | **Leon Angvire** | **$29,600.00** |
| 2447 | **Morris Sievert** | **$5,105.58** |
| 3455 | **Patricia Fritz** | **$102,941.16** |
| 782 | **W M Huyck** | **U** |
| 190, 191 | **Walter Holly** | **$1,300,000.00** |
| Total: | **9** | **$3,642,866.74** |

SCHEDULE 2.9(a)-3

Plan Name: **Coast Federal Bank - SERP**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| **127** | **Gilbert Farley** | **$1,553,508.30** |
| **177** | **Donald Konrad** | **$303,000.00** |
| Total: | **2** | **$1,856,508.30** |

Plan Name: **Dime - Benefit Restoration Plan**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 3027 | **Arthur Anderson** | U |
| 2493 | **Carlos R. Munoz** | U |
| 2531 | **Donald Schwartz** | U |
| 2220 | **Elena Ferrara** | U |
| 2445 | **Frank P. Deangelo** | U |
| 2478 | **Franklin L. Wright** | U |
| 2481 | **Fred B. Koons** | U |
| 2437 | **Gene C. Brooks** | U |
| 2214 | **Jack L. Wagner** | U |
| 2552 | **James Kelly** | U |
| 2217 | **John B. Pettit Jr.** | U |
| 2216 | **John W. Sapanski** | U |
| 3067 | **Lawrence W. Peters** | U |
| 3086 | **Marie J. Alleva** | U |
| 2418 | **Murray F. Mascis** | U |
| 3056 | **Peyton Patterson** | U |
| 3089 | **Richard Mirro** | U |
| 2167 | **Richard Parsons** | U |
| 3190 | **Robert J. Murphy** | U |
| 1075 | **Robert Zabawa** | $490.25 |
| Total: | **20** | **$490.25** |

Plan Name:    **Dime - Dir. Ret. Cont.**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 2472 | **Addison Keim** | **U** |
| 2485 | **Edward Pierce** | **U** |
| 1018 | **Elizabeth Fanta** | **U** |
| 2215 | **John Satriale** | **U** |
| 2519 | **Rebecca Johnson** | **U** |
| 963 | **Robert Benson** | **U** |
| 3138 | **Robert Britton** | **U** |
| 3134 | **Robert Mahony** | **U** |
| 2718 | **Sanford Zimmerman** | **U** |
| 3040 | **Virginia Kopp** | **U** |
| Total: | **10** | **$0.00** |

Plan Name: **Dime - EVP SERP**
**Dime - NAMCO SERP**
**Dime – Individual Contracts**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) | Plan Name |
|---|---|---|---|
| 2493 | **Carlos R. Munoz** | U | Dime - EVP SERP |
| 3105 | **David Totaro** | U | Dime - EVP SERP |
| 2437 | **Eugene C. Brooks** | U | Dime - EVP SERP |
| 2481 | **Fred B. Koons** | U | Dime - EVP SERP |
| 2214 | **Jack L. Wagner** | U | Dime - EVP SERP |
| 3082 | **James M. Mack** | U | Dime - EVP SERP |
| 2523 | **Thomas Ducca** | U | Dime - EVP SERP |
| 2993 | **Covington (Diana) Hardee** | U | Dime - Individual Contracts |
| 3620 | **Harry W. Albright** | $10,481.01 | Dime - Individual Contracts |
| 2168 | **James Large** | U | Dime - Individual Contracts |
| 2216 | **John W. Sapanski** | U | Dime - Individual Contracts |
| 2167 | **Richard Parsons** | U | Dime - Individual Contracts |
| Total: | **12** | **$10,481.01** | |

| Plan Name: | **Dime - Vol. DCP DC** | |
|---|---|---|
| | | Filed Claim Amount (U = Unliquidated |
| Proof of Claim # | Claimant | Claim) |
| 3041 | **Edmund T Valenski** | U |
| 3085 | **Gerald D Filandro** | U |
| 2552 | **James E. Kelly** | U |
| 3082 | **James M. Mack** | U |
| 244 | **Jane E Silverman** | $31,649.39 |
| 3673 | **John J Abruzzo** | $83,819.29 |
| 2740 | **Kenneth A Schmidt** | U |
| 2169 | **Kevin J McLaughlin** | U |
| 2393 | **Norman Stafford** | U |
| 3083 | **Paul Carroll** | U |
| 2548 | **Paul L Brandel** | U |
| 3136 | **Richard Loconte** | U |
| 3144 | **Robert K Kettenmann** | U |
| 2870 | **Roberta S Treacy** | $31,469.14 |
| 2162 | **Shirley B Bresler** | U |
| 2717 | **Stephen M Lane** | U |
| 2501 | **William M Neuner** | U |
| 2511 | **William S Burns** | U |
| Total: | 18 | $146,937.82 |

Plan Name:    **Dime - Vol. DCP Dir BTA**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| **3062** | **Eugene G. Schulz Jr.** | U |
| Total: | 1 | **$0.00** |

Plan Name:          **Great Western - DC Make-Up**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 835 | **Aldo Lombardi** | $203,289.00 |
| 910 | **Alice Schenk** | $439,461.93 |
| 1046 | **Armando Milo** | U |
| 1322 | **Bard Saladin** | $119,462.00 |
| 1789 | **Beverly Duane** | $49,460.04 |
| 1679 | **Bruce Antenberg** | U |
| 728 | **Donald Rowan** | U |
| 1944 | **Fred Kuntz** | $6,417.84 |
| 2948 | **Gerald Pittenger** | U |
| 2944 | **Harold Johnson** | U |
| 837 | **Hope Wilder** | $30,000.00 |
| 3271 | **James Sage** | U |
| 2225 | **Jeannie Bias** | U |
| 3055 | **John Gossett** | U |
| 800 | **Joseph Fellmeth** | U |
| 1680 | **Leni (B) Antenberg** | U |
| 3122 | **Lon Kuehl** | U |
| 2112 | **Louis Boitano** | U |
| 1154 | **Nadine Barbera** | $150,000.00 |
| 1143 | **Patricia (B) Smith** | $19,984.00 |
| 2004 | **Richard Moore** | $102,067.42 |
| 1144 | **Richard Smith** | $101,141.00 |
| 1749 | **Robert Akard** | U |
| 904 | **Roberta Yassin** | $171,272.00 |
| 761 | **Ronald Rosen** | U |
| 1256 | **Ronald Rosso** | U |
| 2521 | **Ruben Vasquez** | U |
| 1261 | **Terry Scarlett** | U |
| 3213 | **Theodore Dixon** | $17,856.00 |
| 1750 | **Waltraud (B) Akard** | U |
| 3530 | **William Wright** | U |
| Total: | 31 | $1,410,411.23 |

Plan Name:     **Great Western - DCP Roll-in**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 818 | **Joe Jackson** | **$715,651.89** |
| Total: | 1 | **$715,651.89** |

| Plan Name: | **Great Western - DCP - MLC** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| 2423 | **David Anderson** | **U** |
| 821 | **James Little** | **$218,424.89** |
| 3011 | **Marilynn Pylant** | **$158,441.27** |
| 2336 | **Mark Robbins** | **$2,802,014.36** |
| 3152 | **Rahim Shamash** | **$557,409.72** |
| 907 | **Randall Seltz** | **$80,000.00** |
| 1204 | **Richard Califano** | **$49,468.85** |
| 3337 | **Rick Kirk** | **$438,087.82** |
| 1505 | **Robert Vance** | **$41,672.91** |
| 3646 | **Saiid Rastegar** | **$115,637.86** |
| 661 | **Stanley Konopacki** | **$384,679.58** |
| 2702 | **Steven Johnson** | **$146,965.00** |
| 3030 | **Susan Goldstein** | **$188,983.00** |
| 885 | **Thomas Golon** | **$178,871.00** |
| Total: | **14** | **$5,358,706.26** |

| Plan Name: | **Great Western - DCP - S&C** | |
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| --- | --- | --- |
| 822 | **Billy Gastineau** | $13,598.06 |
| 567 | **Charles Byrge** | $13,630.87 |
| 1215 | **Christine Coburn** | U |
| 686 | **Christopher Milne** | $19,415.00 |
| 3527 | **Douglas Crocker** | $141,152.98 |
| 700 | **Eldene Norton** | $88,003.51 |
| 2614 | **Fred Kuntz** | $5,821.38 |
| 1041 | **Gail Bothun** | $14,296.29 |
| 2542 | **Gary Runyan** | $102,220.51 |
| 902 | **Gerald Egner** | $5,775.38 |
| 1227 | **Gregory Schmidt** | $116,000.00 |
| 921 | **Harold Sessa** | $51,573.98 |
| 1364 | **Jackie Pounds** | $226,000.00 |
| 1765 | **Jeff Loventhal** | $400,694.32 |
| 734 | **Judith Chambers** | $133,373.00 |
| 580 | **Linda Gwyn** | $78,000.00 |
| 2436 | **Milton Bledsoe** | $140,925.17 |
| 845 | **Philip Shaw** | $56,267.72 |
| 1141 | **Richard Smith** | $32,668.89 |
| 2232 | **Ronald Santucci** | $5,656.53 |
| 1357 | **Sammie Ipock** | $50,129.95 |
| 565 | **Sheldon Frank** | $45,871.30 |
| Total: | 22 | $1,741,074.84 |

| | Plan Name: | **Great Western - DCP - SO** | |

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 910 | **Alice Schenk** | **$439,461.93** |
| 858 | **Allan Frazier** | **$84,474.62** |
| 3231 | **Barry Himel** | **$30,370.14** |
| 460 | **Carl Geuther** | **U** |
| 384 | **Charles Rossetti** | **$101,458.41** |
| 1577 | **Charles Sledd** | **$49,958.52** |
| 1529 | **Donald Cameron** | **$66,808.00** |
| 820 | **Edward Krause** | **U** |
| 448 | **Gloria Crane** | **$31,898.98** |
| 1112 | **Jane Wood** | **$60,680.60** |
| 818 | **Joe Jackson** | **$715,651.89** |
| 456 | **John Maher** | **U** |
| 1137 | **Michael Clawson** | **$46,651.37** |
| 3216 | **Patricia Benninger** | **$37,949.90** |
| 472 | **R. Altman** | **$429,155.14** |
| Total: | **15** | **$2,094,519.50** |

| Plan Name: | **Great Western - Dir DCP** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| 3915 | **James Montgomery** | **U** |
| 421 | **John Giovenco** | **$69,764.50** |
| Total: | **2** | **$69,764.50** |

SCHEDULE 2.9(a)-15

| Plan Name: | **Great Western - Director Retirement** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| 2590 | **Don Combs** | **$125,298.00** |
| 470 | **H. Frederick Christie** | **$11,650.00** |
| 378, 3915 | **James F. Montgomery** | **U** |
| 459 | **Janice Gryp** | **$20,261.74** |
| 1129 | **John Beane** | **$218,830.00** |
| 447 | **John D. Alexander** | **U** |
| 456 | **John F. Maher** | **U** |
| 421 | **John V. Giovenco** | **$69,764.50** |
| 2983 | **Margaret North** | **$63,000.00** |
| 970 | **Mary Davis** | **$591,250.00** |
| 450 | **Willis Wood** | **U** |
| Total: | **11** | **$1,100,054.24** |

Plan Name:          **Great Western - ESIP**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| **482** | **J. L. Erikson** | **U** |
| **3915** | **James F. Montgomery** | **U** |
| **818** | **Joe M. Jackson** | **$715,651.89** |
| **1605** | **Ursula(Michael) Pappas** | **$450,000.00** |
| Total: | 4 | **$1,165,651.89** |

Plan Name: **Great Western - GMS**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| **2944** | **Harold Johnson** | **U** |
| **2948** | **Gerald Pittenger** | **U** |
| Total: | **2** | **$0.00** |

Plan Name:  **Great Western - Gratuitous Retirement**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 2235 | **Robert Holmes** | **U** |
| 411 | **Francis Jacobs** | **$55,500.00** |
| 1333 | **James Kemp** | **$179,731.00** |
| 898 | **William Lemmon** | **U** |
| 1628 | **Bonnie Miller** | **$1,590.57** |
| 783 | **Donna Salvin** | **U** |
| Total: | **6** | **$236,821.57** |

| Plan Name: | **Great Western - Restoration** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| 1679 | **Bruce Antenberg** | **U** |
| 1246 | **Ernest Lyons** | **$374,004.90** |
| 481 | **Jerry Weeks** | **U** |
| 1680 | **Leni Antenberg** | **U** |
| 471 | **Phillip Altman** | **U** |
| Total: | 5 | **$374,004.90** |

Plan Name:  **Great Western - SERP**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 835 | **Aldo T. Lombardi** | **$203,281.00** |
| 460 | **Carl F. Geuther** | **U** |
| 455, 2915 | **Clifford A. Miller** | **U** |
| 469 | **Curtis J. Crivelli** | **U** |
| 2741 | **Deborah Lascala** | **U** |
| 458 | **Edward R. Hoffman** | **U** |
| 448 | **Gloria Crane** | **$31,898.98** |
| 482 | **J. L. Erikson** | **U** |
| 378, 3915 | **James F. Montgomery** | **U** |
| 459 | **Janice Gryp** | **$20,261.74** |
| 451 | **Jaynie Studenmund** | **U** |
| 828 | **Joe M. Jackson** | **U** |
| 456 | **John F. Maher** | **U** |
| 817 | **Lamberta R (B) Jackson** | **U** |
| 834 | **Nancy Lombardi** | **$31,239.00** |
| 1118 | **Ray Sims** | **U** |
| 1605 | **Ursula Pappas** | **$450,000.00** |
| 898 | **William Lemmon** | **U** |
| 453 | **William Schenck** | **U** |
| Total: | 19 | $736,688.72 |

Plan Name:                **Providian - DCP**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 2237 | **Daniel Sanford** | $189,145.50 |
| 3080 | **Ellen Richey** | U |
| 790 | **Ron Claveloux** | $1,812,415.36 |
| 2211 | **Tom Clancy** | $102,596.99 |
| Total: | **4** | **$2,104,157.85** |

Plan Name:          **Providian - Individual Contract (Montanari)**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 3698 | **Julie Montanari** | **$808,678.39** |
| Total: | **1** | **$808,678.39** |

Plan Name:  **Dime – KELP**
            **ASB – ELIP**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) | Plan Name |
|---|---|---|---|
| 3093 | 1999 Phyllis Marino Family Trust C O J Andrew Rahl Jr | U | Dime - KELP |
| 2453 | Abraham S Ossip | U | Dime - KELP |
| 3000 | Andrew Hickey | U | Dime - KELP |
| 3017 | Anthony R Burriesci | U | Dime - KELP |
| 3016 | Anthony R Burriesci Insurance Trust | U | Dime - KELP |
| 3027 | Arthur Anderson | U | Dime - KELP |
| 2998 | Arthur Bassin | U | Dime - KELP |
| 2996 | Arthur C Bennett | U | Dime - KELP |
| 2493 | Carlos Munoz | U | Dime - KELP |
| 2465 | D James Daras | U | Dime - KELP |
| 3105 | David J Totaro | U | Dime - KELP |
| 2531 | Donald P Schwartz | U | Dime - KELP |
| 2537 | Donald P Schwartz Irrevocable Insurance Trust | U | Dime - KELP |
| 3708 | Edward B Kramer | $281,250.00 | Dime - KELP |
| 1729 | Elaine Bent | U | Dime - KELP |
| 2445 | Frank Deangelo | U | Dime - KELP |
| 2478 | Franklin Wright | U | Dime - KELP |
| 3038 | Franklin L Wright Irrevocable Trust | U | Dime - KELP |
| 2437 | Gene C Brooks | U | Dime - KELP |
| 2461 | Gene C Brooks Insurance Trust | U | Dime - KELP |
| 3064 | Harold E Reynolds C O J Andrew Rahl Jr Esq | U | Dime - KELP |
| 2984 | J Edward Diamond | U | Dime - KELP |
| 2214 | Jack Wagner | U | Dime - KELP |
| 2552 | James E Kelly | U | Dime - KELP |
| 2615 | James E Kelly 1999 Trust Dated January 26 1999 | U | Dime - KELP |
| 2168 | James Jr Large | U | Dime - KELP |
| 2221 | Jenne Britell | U | Dime - KELP |
| 2218 | Jenne Britell Irrevocable Deed Of Trust | U | Dime - KELP |

| Plan Name: | **Dime – KELP**<br>**ASB – ELIP** | | |
|---|---|---|---|
| Proof of<br>Claim # | Claimant | Filed Claim<br>Amount<br>(U =<br>Unliquidated<br>Claim) | Plan Name |
| 1481 | **Jenne K Britell Irrevocable**<br>**Deed Of Trust Dated 8 21 96 As**<br>**Transferee** | $4,409,724.00 | Dime - KELP |
| 2217 | **John B Pettit Jr** | U | Dime - KELP |
| 1730 | **John Bent** | U | Dime - KELP |
| 2263 | **John J Monaghan** | $477,000.00 | Dime - KELP |
| 2219 | **John V Brull** | U | Dime - KELP |
| 3076 | **Joseph Jiannetto** | U | Dime - KELP |
| 2628 | **Lawrence J Toal** | U | Dime - KELP |
| 3067 | **Lawrence W Peters C O J**<br>**Andrew Rahl Jr** | U | Dime - KELP |
| 3086 | **Marie Alleva C O Andrew Rahl**<br>**Jr** | U | Dime - KELP |
| 2427 | **Michael A Gallagher** | U | Dime - KELP |
| 2490 | **Munoz, Carlos 1999 Irrevocable**<br>**Life Insurance Trust** | U | Dime - KELP |
| 2418 | **Murray F Mascis** | U | Dime - KELP |
| 3079 | **Murray F Mascis 1999**<br>**Insurance Trust C O Andrew** | U | Dime - KELP |
| 2393 | **Norman J Stafford** | U | Dime - KELP |
| 3056 | **Peyton R Patterson C O J**<br>**Andrew Rahl Jr** | U | Dime - KELP |
| 3270 | **Phyllis Marino C O J Andrew**<br>**Rahl Jr** | U | Dime - KELP |
| 2167 | **Richard Parsons** | U | Dime - KELP |
| 2164 | **Richard Terzian Co J Andrew**<br>**Rahl Jr Esq** | U | Dime - KELP |
| 3089 | **Richard A Mirro C O J**<br>**Andrew Rahl Jr Esq** | U | Dime - KELP |
| 3092 | **Richard A Mirro Irrevocable**<br>**Trust C O J Andrew Rahl Jr** | U | Dime - KELP |
| 2165 | **Richard H Terzian And Bretta**<br>**D Terzian Revocable** | U | Dime - KELP |
| 1536 | **Rita L Bligh** | $80,805.00 | Dime - KELP |
| 3190 | **Robert Murphy C O J Andrew**<br>**Rahl Jr Esq** | U | Dime - KELP |
| 2166 | **Robert Turner** | U | Dime - KELP |
| 3144 | **Robert K Kettenmann** | U | Dime - KELP |

SCHEDULE 2.9(a)-25

Plan Name: **Dime – KELP**
**ASB – ELIP**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) | Plan Name |
|---|---|---|---|
| 3141 | **Robert K Kettenmann 1997 Irrevocable Life Insurance Trust** | U | Dime - KELP |
| 3214 | **Roger Williams** | **$480,000.00** | Dime - KELP |
| 3037 | **Stark, Dennis (dennis E Stark Fund At The Rhode Island Community Foundation)** | U | Dime - KELP |
| 2995 | **The Arthur Bennett Trust Uad May 22 2001** | U | Dime - KELP |
| 3074 | **The James M Large Jr September 1999 Trust C O J Andrew Rahl Jr** | U | Dime - KELP |
| 3072 | **The Lawrence W Peters Trust C O J Andrew Rahl Jr** | U | Dime - KELP |
| 2406 | **The Norman J Stafford Irrevocable Insurance Trust** | U | Dime - KELP |
| 1817 | **Thomas  Vanarsdale** | U | Dime - KELP |
| 2523 | **Thomas J  Ducca** | U | Dime - KELP |
| 2163 | **Thomas Vanarsdale** | U | Dime - KELP |
| 3186 | **Toal Descendants Insurance Trust C O J Andrew Rahl Jr** | U | Dime - KELP |
| 3106 | **Toal Family Insurance Trust C O J Andrew Rahl Jr** | U | Dime - KELP |
| 3188 | **William  Phillips C O J Andrew Rahl Jr** | U | Dime - KELP |
| 1366 | **Arthur Porter** | **$1,591,000.00** | ASB - ELIP |
| 2666 | **Don L Rigsbee** | **$200,000.00** | ASB - ELIP |
| 1881 | **W B Robinson** | **$670,000.00** | ASB - ELIP |
| Total: | **69** | **$8,189,779.00** | |

Plan Name:      **CCBI – Individual Contracts**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| **2684** | **James Daley** | **$827,377.00** |
| Total: | 1 | **$827,377.00** |

| Plan Name: | **Miscellaneous Individual Contracts** | |
| --- | --- | --- |
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| 2407 | **Alice Bogue** | **U** |
| 2326 | **James Calderhead** | **U** |
| 1234 | **Norma Fine-Eckley** | **U** |
| 706 | **Barbara Newbould** | **$700.68** |
| 1389 | **Avon Pirozuk** | **$10,921.75** |
| 1595 | **Louise Arneson** | **$28,107.38** |
| 2256 | **Daniel Relf** | **U** |
| 635 | **Anthony Nocella** | **$2,022,720.00** |
| 634 | **Barry Burkholder** | **$3,155,136.00** |
| Total: | **9** | **$5,217,585.81** |

SCHEDULE 2.9(a)-28

| Wells Fargo Great Western Trustee Claims | | | | | |
|---|---|---|---|---|---|
| Date Filed | Claim No. | Name | Total Filed Claim Amount | Debtor Name | Nature |
| 3/31/2009 | 2868 | Wells Fargo Bank NA in its Capacity as Trustee of the Great Western Financial Corporation Umbrella Trust for Directors | 13,121,013 | Washington Mutual, Inc. | Secured |
| 3/31/2009 | 2863 | Wells Fargo Bank NA in its Capacity as Trustee of the Great Western Financial Corporation Umbrella Trust for Senior Officers | 146,090,779 | Washington Mutual, Inc. | Secured |

## SCHEDULE 2.9(c)

## LIST OF CLAIMS ASSOCIATED
## WITH OTHER BENEFIT PLANS

| Plan Name: | **American Savings Bank - DCP** | |
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| --- | --- | --- |
| 2180 | **Brandt Burghall** | **$225,000.00** |
| 3059 | **Debra Kegel** | **$314,870.00** |
| 101 | **Fred Schweer** | **$264,174.67** |
| 418 | **Harold J. Hendricks** | **$308,379.00** |
| 1720 | **Karin Hill** | **$24,664.80** |
| 2883 | **Kathleen C. O'Mara** | **U** |
| 2929 | **Melody Gayeski** | **$23,987.39** |
| 1292 | **Michael Moore** | **$181,000.00** |
| 323 | **Robert Thurston** | **$150,625.00** |
| 1024 | **Ruth Price** | **$4,232.02** |
| Total: | **10** | **$1,496,932.88** |

| Plan Name: | **ASB - SERP** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| 2194 | Andrew Shiozaki | $150,500.00 |
| 1366 | Arthur Porter | $1,591,000.00 |
| 2648 | Brian Dale Shea | $295,590.00 |
| 2644 | Carl Formato | $108,024.08 |
| 2645 | Carolyn McKenzie | $592,436.16 |
| 2058 | Craig Davis | $887,628.00 |
| 3059 | Debra Kegel | $314,870.00 |
| 2459 | Donald Royer | U |
| 688 | Doris Stern | U |
| 2029 | Faris Weber | U |
| 101 | Fred Schweer | $264,174.67 |
| 2641 | Gloria Gowens | $142,632.00 |
| 1457 | James Izu | $357,199.20 |
| 1851 | James Parese | $4,251.00 |
| 2642 | Jimmy Holland | $442,646.00 |
| 1067 | John Freed | U |
| 327 | John Nunn | U |
| 2066 | John R. Donohue | $1,420,320.00 |
| 2650 | Johnette Dowden Holland | $221,323.00 |
| 2071 | Karen Christensen | $648,000.00 |
| 2392 | Mario Antoci | $4,888,980.00 |
| 1081 | Mary Light | U |
| 2643 | Mary Locatelli | $900,000.00 |
| 3009 | Melody Gayeski | U |
| 2647 | Mitchell Rosenberg | $656,910.00 |
| 973 | Patricia Joyce | U |
| 2011 | Richard Grout | $101,867.40 |
| 2068 | Robert Barnum | $1,704,432.00 |
| 1773 | Robert Henske | $117,464.00 |
| 2090 | Samuel T.R Revell | U |
| 1582 | Ted Yates | U |
| 2175 | Thomas P Borer | $68,854.00 |
| 3731 | Verne Griscom | U |
| 2518 | W Brent Robinson | $570,533.00 |
| Total: | 34 | $16,449,634.51 |

SCHEDULE 2.9(c)-2

Plan Name:    **Coast Federal Bank - Officers & Directors**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 3792 | **C. William Jackson** | **$500,000.00** |
| 2460 | **Christine Stalder** | **$305,747.00** |
| 2458 | **Fred Stalder** | **$1,222,989.00** |
| 463 | **Harry Pflaumer** | **$176,484.00** |
| 689 | **Leon Angvire** | **$29,600.00** |
| 2447 | **Morris Sievert** | **$5,105.58** |
| 3455 | **Patricia Fritz** | **$102,941.16** |
| 782 | **W M Huyck** | **U** |
| 190, 191 | **Walter Holly** | **$1,300,000.00** |
| Total: | **9** | **$3,642,866.74** |

SCHEDULE 2.9(c)-3

Plan Name:       **Coast Federal Bank** - SERP

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 127 | **Gilbert Farley** | **$1,553,508.30** |
| 177 | **Donald Konrad** | **$303,000.00** |
| Total: | **2** | **$1,856,508.30** |

| Plan Name: | **Dime - Benefit Restoration Plan** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| 3027 | **Arthur Anderson** | U |
| 2493 | **Carlos R. Munoz** | U |
| 2531 | **Donald Schwartz** | U |
| 2220 | **Elena Ferrara** | U |
| 2445 | **Frank P. Deangelo** | U |
| 2478 | **Franklin L. Wright** | U |
| 2481 | **Fred B. Koons** | U |
| 2437 | **Gene C. Brooks** | U |
| 2214 | **Jack L. Wagner** | U |
| 2552 | **James Kelly** | U |
| 2217 | **John B. Pettit Jr.** | U |
| 2216 | **John W. Sapanski** | U |
| 3067 | **Lawrence W. Peters** | U |
| 3086 | **Marie J. Alleva** | U |
| 2418 | **Murray F. Mascis** | U |
| 3056 | **Peyton Patterson** | U |
| 3089 | **Richard Mirro** | U |
| 2167 | **Richard Parsons** | U |
| 3190 | **Robert J. Murphy** | U |
| 1075 | **Robert Zabawa** | $490.25 |
| Total: | **20** | **$490.25** |

SCHEDULE 2.9(c)-5

Plan Name:          **Dime - Dir. Ret. Cont.**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 2472 | **Addison Keim** | **U** |
| 2485 | **Edward Pierce** | **U** |
| 1018 | **Elizabeth Fanta** | **U** |
| 2215 | **John Satriale** | **U** |
| 2519 | **Rebecca Johnson** | **U** |
| 963 | **Robert Benson** | **U** |
| 3138 | **Robert Britton** | **U** |
| 3134 | **Robert Mahony** | **U** |
| 2718 | **Sanford Zimmerman** | **U** |
| 3040 | Virginia Kopp | **U** |
| Total: | **10** | **$0.00** |

| Plan Name: | **Dime - EVP SERP** | | |
| | **Dime - NAMCO SERP** | | |
| | **Dime - Individual Contracts** | | |
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) | Plan Name |
|---|---|---|---|
| 2493 | **Carlos R. Munoz** | U | Dime - EVP SERP |
| 3105 | **David Totaro** | U | Dime - EVP SERP |
| 2437 | **Eugene C. Brooks** | U | Dime - EVP SERP |
| 2481 | **Fred B. Koons** | U | Dime - EVP SERP |
| 2214 | **Jack L. Wagner** | U | Dime - EVP SERP |
| 3082 | **James M. Mack** | U | Dime - EVP SERP |
| 2523 | **Thomas Ducca** | U | Dime - EVP SERP |
| 2993 | **Covington (Diana) Hardee** | U | Dime - Individual Contracts |
| 3620 | **Harry W. Albright** | $10,481.01 | Dime - Individual Contracts |
| 2168 | **James Large** | U | Dime - Individual Contracts |
| 2216 | **John W. Sapanski** | U | Dime - Individual Contracts |
| 2167 | **Richard Parsons** | U | Dime - Individual Contracts |
| Total: | 12 | $10,481.01 | |

SCHEDULE 2.9(c)-7

Plan Name: **Dime - Vol. DCP DC**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 3041 | **Edmund T Valenski** | U |
| 3085 | **Gerald D Filandro** | U |
| 2552 | **James E. Kelly** | U |
| 3082 | **James M. Mack** | U |
| 244 | **Jane E Silverman** | $31,649.39 |
| 3673 | **John J Abruzzo** | $83,819.29 |
| 2740 | **Kenneth A Schmidt** | U |
| 2169 | **Kevin J McLaughlin** | U |
| 2393 | **Norman Stafford** | U |
| 3083 | **Paul Carroll** | U |
| 2548 | **Paul L Brandel** | U |
| 3136 | **Richard Loconte** | U |
| 3144 | **Robert K Kettenmann** | U |
| 2870 | **Roberta S Treacy** | $31,469.14 |
| 2162 | **Shirley B Bresler** | U |
| 2717 | **Stephen M Lane** | U |
| 2501 | **William M Neuner** | U |
| 2511 | **William S Burns** | U |
| Total: | **18** | **$146,937.82** |

Plan Name:      **Dime - Vol. DCP Dir BTA**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 3062 | **Eugene G. Schulz Jr.** | U |
| Total: | 1 | **$0.00** |

Plan Name:    **Great Western - DC Make-Up**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 835 | Aldo Lombardi | $203,289.00 |
| 910 | Alice Schenk | $439,461.93 |
| 1046 | Armando Milo | U |
| 1322 | Bard Saladin | $119,462.00 |
| 1789 | Beverly Duane | $49,460.04 |
| 1679 | Bruce Antenberg | U |
| 728 | Donald Rowan | U |
| 1944 | Fred Kuntz | $6,417.84 |
| 2948 | Gerald Pittenger | U |
| 2944 | Harold Johnson | U |
| 837 | Hope Wilder | $30,000.00 |
| 2670; 3271 | James Sage | U |
| 2225 | Jeannie Bias | U |
| 3055 | John Gossett | U |
| 800 | Joseph Fellmeth | U |
| 1680 | Leni (B) Antenberg | U |
| 3122 | Lon Kuehl | U |
| 2112 | Louis Boitano | U |
| 1154 | Nadine Barbera | $150,000.00 |
| 1143 | Patricia (B) Smith | $19,984.00 |
| 2004 | Richard Moore | $102,067.42 |
| 1144 | Richard Smith | $101,141.00 |
| 1749 | Robert Akard | U |
| 904 | Roberta Yassin | $171,272.00 |
| 761 | Ronald Rosen | U |
| 1256 | Ronald Rosso | U |
| 2516; 2521 | Ruben Vasquez | U |
| 1261 | Terry Scarlett | U |
| 3213 | Theodore Dixon | $17,856.00 |
| 1750 | Waltraud (B) Akard | U |
| 3530 | William Wright | U |
| Total: | 31 | $1,410,411.23 |

Plan Name: **Great Western - DCP Roll-in**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 818 | **Joe Jackson** | **$715,651.89** |
| Total: | **1** | **$715,651.89** |

| Plan Name: | **Great Western - DCP - MLC** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| 2423 | **David Anderson** | **U** |
| 821 | **James Little** | **$218,424.89** |
| 3011 | **Marilynn Pylant** | **$158,441.27** |
| 2336 | **Mark Robbins** | **$2,802,014.36** |
| 3152 | **Rahim Shamash** | **$557,409.72** |
| 907 | **Randall Seltz** | **$80,000.00** |
| 1204 | **Richard Califano** | **$49,468.85** |
| 3337 | **Rick Kirk** | **$438,087.82** |
| 1505 | **Robert Vance** | **$41,672.91** |
| 3646 | **Saiid Rastegar** | **$115,637.86** |
| 661 | **Stanley Konopacki** | **$384,679.58** |
| 2702 | **Steven Johnson** | **$146,965.00** |
| 3030 | **Susan Goldstein** | **$188,983.00** |
| 885 | **Thomas Golon** | **$178,871.00** |
| Total: | **14** | **$5,358,706.26** |

| Plan Name: | **Great Western - DCP - S&C** | |
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| --- | --- | --- |
| 822 | **Billy Gastineau** | $13,598.06 |
| 567 | **Charles Byrge** | $13,630.87 |
| 1215 | **Christine Coburn** | U |
| 686 | **Christopher Milne** | $19,415.00 |
| 3527 | **Douglas Crocker** | $88,435.08 |
| 700 | **Eldene Norton** | $141,152.98 |
| 2614 | **Fred Kuntz** | $5,821.38 |
| 1041 | **Gail Bothun** | $14,296.29 |
| 2542 | **Gary Runyan** | $102,220.51 |
| 902 | **Gerald Egner** | $5,775.38 |
| 1227 | **Gregory Schmidt** | $116,000.00 |
| 921 | **Harold Sessa** | $51,573.98 |
| 1364 | **Jackie Pounds** | $226,000.00 |
| 1765 | **Jeff Loventhal** | $400,694.32 |
| 734 | **Judith Chambers** | $133,373.00 |
| 580 | **Linda Gwyn** | $78,000.00 |
| 2436 | **Milton Bledsoe** | $140,925.17 |
| 845 | **Philip Shaw** | $56,267.72 |
| 1141 | **Richard Smith** | $32,668.89 |
| 2232 | **Ronald Santucci** | $5,656.53 |
| 1357 | **Sammie Ipock** | $50,129.95 |
| 565 | **Sheldon Frank** | $45,871.30 |
| Total: | 22 | $1,741,074.84 |

| Plan Name: | **Great Western - DCP - SO** | |
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 910 | **Alice Schenk** | **$439,461.93** |
| 858 | **Allan Frazier** | **$84,474.62** |
| 3231 | **Barry Himel** | **$30,370.14** |
| 460 | **Carl Geuther** | **U** |
| 384 | **Charles Rossetti** | **$101,458.41** |
| 1577 | **Charles Sledd** | **$49,958.52** |
| 1529 | **Donald Cameron** | **$66,808.00** |
| 820 | **Edward Krause** | **U** |
| 448 | **Gloria Crane** | **$31,898.98** |
| 1112 | **Jane Wood** | **$60,680.60** |
| 818 | **Joe Jackson** | **$715,651.89** |
| 456 | **John Maher** | **U** |
| 1137 | **Michael Clawson** | **$46,651.37** |
| 3216 | **Patricia Benninger** | **$37,949.90** |
| 472 | **R. Altman** | **$429,155.14** |
| Total: | **15** | **$2,094,519.50** |

| Plan Name: | **Great Western - Dir DCP** | |
|---|---|---|
| | | Filed Claim Amount (U = Unliquidated Claim) |
| Proof of Claim # | Claimant | |
| **381** | **James Montgomery** | **U** |
| **421** | **John Giovenco** | **$69,764.50** |
| Total: | **2** | **$69,764.50** |

| Plan Name: | **Great Western - Director Retirement** | |
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| --- | --- | --- |
| 2590 | **Don Combs** | **$125,298.00** |
| 470 | **H. Frederick Christie** | **$11,650.00** |
| 378, 3915 | **James F. Montgomery** | **U** |
| 459 | **Janice Gryp** | **$20,261.74** |
| 1129 | **John Beane** | **$218,830.00** |
| 447 | **John D. Alexander** | **U** |
| 456 | **John F. Maher** | **U** |
| 421 | **John V. Giovenco** | **$69,764.50** |
| 2983 | **Margaret North** | **$63,000.00** |
| 970 | **Mary Davis** | **$591,250.00** |
| 450 | **Willis Wood** | **U** |
| Total: | 11 | **$1,100,054.24** |

Plan Name:          **Great Western - ESIP**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| **482** | **J. L. Erikson** | **U** |
| **3915** | **James F. Montgomery** | **U** |
| **818** | **Joe M. Jackson** | **$715,651.89** |
| **1605** | **Ursula(Michael) Pappas** | **$450,000.00** |
| Total: | **4** | **$1,165,651.89** |

Plan Name:          **Great Western - GMS**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| **2944** | **Harold Johnson** | **U** |
| **2948** | **Gerald Pittenger** | **U** |
| Total: | **2** | **$0.00** |

Plan Name:     **Great Western - Gratuitous Retirement**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 2235 | **Robert Holmes** | **U** |
| 411 | **Francis Jacobs** | **$55,500.00** |
| 1333 | **James Kemp** | **$179,731.00** |
| 898 | **William Lemmon** | **U** |
| 1628 | **Bonnie Miller** | **$1,590.57** |
| 783 | **Donna Salvin** | **U** |
| Total: | **6** | **$236,821.57** |

Plan Name:     **Great Western - Restoration**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 1679 | **Bruce Antenberg** | **U** |
| 1246 | **Ernest Lyons** | **$374,004.90** |
| 481 | **Jerry Weeks** | **U** |
| 1680 | Leni Antenberg | **U** |
| 471 | **Phillip Altman** | **U** |
| Total: | **5** | **$374,004.90** |

Plan Name:          **Great Western - SERP**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| 835 | **Aldo T.  Lombardi** | **$203,281.00** |
| 460 | **Carl F. Geuther** | **U** |
| 455, 2915 | **Clifford A. Miller** | **U** |
| 469 | **Curtis J. Crivelli** | **U** |
| 457, 2741, 2771 | **Deborah Lascala** | **U** |
| 458 | **Edward R. Hoffman** | **U** |
| 448 | **Gloria Crane** | **$31,898,98** |
| 482 | **J. L. Erikson** | **U** |
| 378, 3915 | **James F. Montgomery** | **U** |
| 459 | **Janice Gryp** | **$20,261.74** |
| 451 | **Jaynie Studenmund** | **U** |
| 828 | **Joe M. Jackson** | **U** |
| 456 | **John F. Maher** | **U** |
| 817 | **Lamberta R (B) Jackson** | **U** |
| 834 | **Nancy Lombardi** | **$31,239.00** |
| 1118 | **Ray Sims** | **U** |
| 1605 | **Ursula Pappas** | **$450,000.00** |
| 898 | **William Lemmon** | **U** |
| 453 | **William Schenck** | **U** |
| Total: | **19** | **$736,688.72** |

Plan Name: **Providian - DCP**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| **2237** | **Daniel Sanford** | **$189,145.50** |
| **3080** | **Ellen Richey** | **U** |
| **790** | **Ron Claveloux** | **$1,812,415.36** |
| **2211** | **Tom Clancy** | **$102,596.99** |
| Total: | **4** | **$2,104,157.85** |

Plan Name:  **Providian - Individual Contract (Montanari)**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| **3698** | **Julie Montanari** | **$808,678.39** |
| Total: | 1 | **$808,678.39** |