Plan Name:    **Dime - KELP**
              **ASB - ELIP**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) | Plan Name |
|---|---|---|---|
| 3093 | 1999 Phyllis Marino Family Trust C O J Andrew Rahl Jr | U | Dime - KELP |
| 2453 | Abraham S Ossip | U | Dime - KELP |
| 3000 | Andrew Hickey | U | Dime - KELP |
| 3017 | Anthony R Burriesci | U | Dime - KELP |
| 3016 | Anthony R Burriesci Insurance Trust | U | Dime - KELP |
| 3027 | Arthur Anderson | U | Dime - KELP |
| 2998 | Arthur Bassin | U | Dime - KELP |
| 2996 | Arthur C Bennett | U | Dime - KELP |
| 2493 | Carlos Munoz | U | Dime - KELP |
| 2465 | D James Daras | U | Dime - KELP |
| 3105 | David J Totaro | U | Dime - KELP |
| 2531 | Donald P Schwartz | U | Dime - KELP |
| 2537 | Donald P Schwartz Irrevocable Insurance Trust | U | Dime - KELP |
| 3708 | Edward B Kramer | $281,250.00 | Dime - KELP |
| 1729 | Elaine Bent | U | Dime - KELP |
| 2445 | Frank Deangelo | U | Dime - KELP |
| 2478 | Franklin Wright | U | Dime - KELP |
| 3038 | Franklin L Wright Irrevocable Trust | U | Dime - KELP |
| 2437 | Gene C Brooks | U | Dime - KELP |
| 2461 | Gene C Brooks Insurance Trust | U | Dime - KELP |
| 3064 | Harold E Reynolds C O J Andrew Rahl Jr Esq | U | Dime - KELP |
| 2984 | J Edward Diamond | U | Dime - KELP |
| 2214 | Jack Wagner | U | Dime - KELP |
| 2552 | James E Kelly | U | Dime - KELP |
| 2615 | James E Kelly 1999 Trust Dated January 26 1999 | U | Dime - KELP |
| 2168 | James Jr Large | U | Dime - KELP |
| 2221 | Jenne Britell | U | Dime - KELP |
| 2218 | Jenne Britell Irrevocable Deed Of Trust | U | Dime - KELP |

**Plan Name:** **Dime - KELP**
**ASB - ELIP**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) | Plan Name |
|---|---|---|---|
| 1481 | Jenne K Britell Irrevocable Deed Of Trust Dated 8 21 96 As Transferee | $4,409,724.00 | Dime - KELP |
| 2217 | John B  Pettit Jr | U | Dime - KELP |
| 1730 | John Bent | U | Dime - KELP |
| 2263 | John J Monaghan | $477,000.00 | Dime - KELP |
| 2219 | John V  Brull | U | Dime - KELP |
| 3076 | Joseph  Jiannetto | U | Dime - KELP |
| 2628 | Lawrence J  Toal | U | Dime - KELP |
| 3067 | Lawrence W Peters C O J Andrew Rahl Jr | U | Dime - KELP |
| 3086 | Marie  Alleva C O Andrew Rahl Jr | U | Dime - KELP |
| 2427 | Michael A  Gallagher | U | Dime - KELP |
| 2490 | Munoz, Carlos 1999 Irrevocable Life Insurance Trust | U | Dime - KELP |
| 2418 | Murray F  Mascis | U | Dime - KELP |
| 3079 | Murray F Mascis 1999 Insurance Trust C O Andrew | U | Dime - KELP |
| 2393 | Norman J  Stafford | U | Dime - KELP |
| 3056 | Peyton R  Patterson C O J Andrew Rahl Jr | U | Dime - KELP |
| 3270 | Phyllis  Marino C O J Andrew Rahl Jr | U | Dime - KELP |
| 2167 | Richard  Parsons | U | Dime - KELP |
| 2164 | Richard  Terzian Co J Andrew Rahl Jr Esq | U | Dime - KELP |
| 3089 | Richard A  Mirro C O J Andrew Rahl Jr Esq | U | Dime - KELP |
| 3092 | Richard A Mirro Irrevocable Trust C O J Andrew Rahl Jr | U | Dime - KELP |
| 2165 | Richard H Terzian And Bretta D Terzian Revocable | U | Dime - KELP |
| 1536 | Rita L Bligh | $80,805.00 | Dime - KELP |
| 3190 | Robert  Murphy C O J Andrew Rahl Jr Esq | U | Dime - KELP |
| 2166 | Robert  Turner | U | Dime - KELP |
| 3144 | Robert K  Kettenmann | U | Dime - KELP |
| 3141 | Robert K Kettenmann 1997 Irrevocable Life Insurance Trust | U | Dime - KELP |

SCHEDULE 2.9(c)-25

| Plan Name: | **Dime - KELP** | | |
| | **ASB - ELIP** | | |
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) | Plan Name |
| --- | --- | --- | --- |
| 3214 | Roger Williams | $480,000.00 | Dime - KELP |
| 3037 | Stark, Dennis (dennis E Stark Fund At The Rhode Island Community Foundation) | U | Dime - KELP |
| 2995 | The Arthur Bennett Trust Uad May 22 2001 | U | Dime - KELP |
| 3074 | The James M Large Jr September 1999 Trust C O J Andrew Rahl Jr | U | Dime - KELP |
| 3072 | The Lawrence W Peters Trust C O J Andrew Rahl Jr | U | Dime - KELP |
| 2406 | The Norman J Stafford Irrevocable Insurance Trust | U | Dime - KELP |
| 1817 | Thomas  Vanarsdale | U | Dime - KELP |
| 2523 | Thomas J  Ducca | U | Dime - KELP |
| 2163 | Thomas Vanarsdale | U | Dime - KELP |
| 3186 | Toal Descendants Insurance Trust C O J Andrew Rahl Jr | U | Dime - KELP |
| 3106 | Toal Family Insurance Trust C O J Andrew Rahl Jr | U | Dime - KELP |
| 3188 | William  Phillips C O J Andrew Rahl Jr | U | Dime - KELP |
| 1366 | Arthur Porter | $475,000.00 | ASB - ELIP |
| 2666 | Don L Rigsbee | $200,000.00 | ASB - ELIP |
| 1881 | W B Robinson | $670,000.00 | ASB - ELIP |
| Total: | 69 | $7,073,779.00 | |

| Plan Name: | **CCBI - Individual Contracts** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2684** | **James Daley** | **$827,377.00** |
| Total: | **1** | **$827,377.00** |

Plan Name:          **Miscellaneous Individual Contracts**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
|---|---|---|
| **2407** | **Alice Bogue** | **U** |
| **2326** | **James Calderhead** | **U** |
| **1234** | **Norma Fine-Eckley** | **U** |
| **706** | **Barbara Newbould** | **$700.68** |
| **1389** | **Avon Pirozuk** | **$10,921.75** |
| **1595** | **Louise Arneson** | **$28,107.38** |
| **2256** | **Daniel Relf** | **U** |
| **635** | **Anthony Nocella** | **$2,022,720.00** |
| **634** | **Barry Burkholder** | **$3,155,136.00** |
| Total: | **9** | **$5,217,585.81** |

| Wells Fargo Great Western Trustee Claims | | | | | |
|---|---|---|---|---|---|
| Date Filed | Claim No. | Name | Total Filed Claim Amount | Debtor Name | Nature |
| 3/31/2009 | 2868 | Wells Fargo Bank NA in its Capacity as Trustee of the Great Western Financial Corporation Umbrella Trust for Directors | 13,121,013 | Washington Mutual, Inc. | Secured |
| 3/31/2009 | 2863 | Wells Fargo Bank NA in its Capacity as Trustee of the Great Western Financial Corporation Umbrella Trust for Senior Officers | 146,090,779 | Washington Mutual, Inc. | Secured |

SCHEDULE 2.9(c)-29

**SCHEDULE 2.10**

**LIST OF CLAIMS ASSOCIATED
WITH QUALIFIED PLANS**

**Qualified Plan Claims**

| POC # | | Filed Claim Amount | Claimant Name | Debtor | Nature |
|---|---|---|---|---|---|
| 2498 | | $161.59 | J Leticia Serrado | Washington Mutual, Inc. | Priority |
| 1812 | | $499.11 | ESTHER RUIZ | Washington Mutual, Inc. | Secured |
| 2772 | | $2,210.00 | Heinz and Gerlinde Beneke | Washington Mutual, Inc. | Priority |
| 888 | | $20,000.00 | ELINORE J KRAUSE | Washington Mutual, Inc. | Priority |
| 498 | | $21,779.65 | DEAN B ARNOLD | Washington Mutual, Inc. | Priority |
| 1578 | | $30,089.85 | CHERYL A FELTGEN | Washington Mutual, Inc. | Priority |
| 1430 | | $35,000.00 | Marvin Allen Baldwin Jr | Washington Mutual, Inc. | Secured |
| 2772 | | $40,442.00 | Heinz and Gerlinde Beneke | Washington Mutual, Inc. | General Unsecured |
| 1217 | | $47,105.47 | RADHA THOMPSON | Washington Mutual, Inc. | Priority |
| 155 | | $63,877.18 | Carey M Brennan | Washington Mutual, Inc. | Priority |
| 3541 | | $66,846.96 | Harold Marvin Medgpath | Washington Mutual, Inc. | Priority |
| 2226 | | $100,000.00 | HOWARD P ARATA | Washington Mutual, Inc. | Priority |
| 1182 | | $133,671.00 | Melba Ann Bartels | Washington Mutual, Inc. | Priority |
| 3623 | | $174,561.70 | James Corcoran | Washington Mutual, Inc. | General Unsecured |
| 573 | | $188,084.00 | John F Robinson | Washington Mutual, Inc. | Priority |
| 937 | | $214,078.00 | BARBARA J SNYDER | Washington Mutual, Inc. | Priority |
| 2545 | | $432,390.00 | Janice D Turner | Washington Mutual, Inc. | Priority |
| 2362 | | $483,319.00 | Edward Smith Jr | Washington Mutual, Inc. | General Unsecured |
| 2255 | | $565,316.39 | Michael A Wolf | Washington Mutual, Inc. | Secured |
| 2963 | | $628,144.00 | Elaine Schoch | Washington Mutual, Inc. | Priority |
| 1799 | | $823,497.60 | Geoffrey G Olsen | Washington Mutual, Inc. | Priority |
| 2452 | | $941,380.34 | John Engman | Washington Mutual, Inc. | Secured |
| 1955 | | $956,387.00 | Donna J Wardlow | Washington Mutual, Inc. | Priority |
| 2967 | | $4,000.00 | ELIZABETH M SCHAEFFER ILEY | Washington Mutual, Inc. | General Unsecured |
| 1690 | | 566,628.00 | Marc Wane | Washington Mutual, Inc. | Priority |
| 1735 | | 57,591.36 | GERALDINE KING | Washington Mutual, Inc. | Priority |
| 705 | U | Unliquidated | B JOYCE PATTERSON | Washington Mutual, Inc. | General Unsecured |
| 708 | U | Unliquidated | NUBAR ERAMIAN | Washington Mutual, Inc. | General Unsecured |
| 793 | U | Unliquidated | ERNEST PORTER | Washington Mutual, Inc. | General Unsecured |
| 819 | U | Unliquidated | DIANNE KRAUSE | Washington Mutual, Inc. | Priority |
| 827 | U | Unliquidated | ERMA L DESLONGCHAMPS | Washington Mutual, Inc. | General Unsecured |
| 841 | U | Unliquidated | ELVIRA A DREIZLER | Washington Mutual, Inc. | Priority |
| 886 | U | Unliquidated | ELLEN CHING | Washington Mutual, Inc. | Priority |
| 890 | U | Unliquidated | R Stephan | Washington Mutual, Inc. | General Unsecured |
| 891 | U | Unliquidated | ROBERT B DREIZLER | Washington Mutual, Inc. | Priority |
| 941 | U | Unliquidated | HELENE GUTOWITZ | Washington Mutual, Inc. | Priority |
| 977 | U | Unliquidated | WILLIAM O PHEGLEY | Washington Mutual, Inc. | General Unsecured |

**SCHEDULE 2.10-1**

**Qualified Plan Claims**

| POC # | | Filed Claim Amount | Claimant Name | Debtor | Nature |
|---|---|---|---|---|---|
| 989 | U | Unliquidated | O BRIEN BISSOO | Washington Mutual, Inc. | General Unsecured |
| 1056 | U | Unliquidated | HELEN HORNIKEL | Washington Mutual, Inc. | Secured |
| 1060 | U | Unliquidated | JANET MAYOTTE | Washington Mutual, Inc. | Priority |
| 1098 | U | Unliquidated | GEORGEANE LAWLER | Washington Mutual, Inc. | Priority |
| 1138 | U | Unliquidated | DORIS ASPEL | Washington Mutual, Inc. | General Unsecured |
| 1258 | U | Unliquidated | CONNIE L HAMILTON | Washington Mutual, Inc. | Priority |
| 1287 | U | Unliquidated | RICHARD STEWART | Washington Mutual, Inc. | Secured |
| 1321 | U | Unliquidated | AMELIA CANNON | Washington Mutual, Inc. | General Unsecured |
| 1396 | U | Unliquidated | G YOUNTS | Washington Mutual, Inc. | Priority |
| 1425 | U | Unliquidated | R VALDEZ | Washington Mutual, Inc. | General Unsecured |
| 1436 | U | Unliquidated | GLORIA MORSCH | Washington Mutual, Inc. | General Unsecured |
| 1452 | U | Unliquidated | STEPHEN F ADAMS | Washington Mutual, Inc. | General Unsecured |
| 1478 | U | Unliquidated | VIRGINIA A TARAMASCO | Washington Mutual, Inc. | General Unsecured |
| 1478 | U | Unliquidated | VIRGINIA A TARAMASCO | Washington Mutual, Inc. | Priority |
| 1482 | U | Unliquidated | Elinor Jeanne Whomham | Washington Mutual, Inc. | Priority |
| 1669 | U | Unliquidated | GWENDOLYN A HEATH | Washington Mutual, Inc. | Priority |
| 1673 | U | Unliquidated | ANN L PIKE | Washington Mutual, Inc. | General Unsecured |
| 1679 | U | Unliquidated | BRUCE F ANTENBERG | Washington Mutual, Inc. | General Unsecured |
| 1680 | U | Unliquidated | LENI E ANTENBERG | Washington Mutual, Inc. | General Unsecured |
| 1749 | U | Unliquidated | ROBERT B AKARD | Washington Mutual, Inc. | General Unsecured |
| 1750 | U | Unliquidated | WALTRAUD AKARD | Washington Mutual, Inc. | General Unsecured |
| 1784 | U | Unliquidated | ELEANOR FOX | Washington Mutual, Inc. | General Unsecured |
| 1785 | U | Unliquidated | JEROME M RICKS | Washington Mutual, Inc. | Secured |
| 1794 | U | Unliquidated | MARIE B BABAYAN | Washington Mutual, Inc. | Priority |
| 1811 | U | Unliquidated | DOUGLAS THORNSJO | Washington Mutual, Inc. | Priority |
| 1811 | U | Unliquidated | DOUGLAS THORNSJO | Washington Mutual, Inc. | Secured |
| 1813 | U | Unliquidated | NIELS JORGENSEN | Washington Mutual, Inc. | Priority |
| 1853 | U | Unliquidated | ELLISON RABUN | Washington Mutual, Inc. | General Unsecured |
| 1868 | U | Unliquidated | ARLYNE BEARSE | Washington Mutual, Inc. | General Unsecured |
| 1883 | U | Unliquidated | Gordon McKay | Washington Mutual, Inc. | Priority |
| 1885 | U | Unliquidated | JAMES HENSCHEL | Washington Mutual, Inc. | General Unsecured |
| 1888 | U | Unliquidated | J VALDES CUGAT | Washington Mutual, Inc. | General Unsecured |
| 1889 | U | Unliquidated | ROLLIN AYERS | Washington Mutual, Inc. | General Unsecured |
| 1939 | U | Unliquidated | BERNICE C BAKER | Washington Mutual, Inc. | General Unsecured |
| 2042 | U | Unliquidated | THERESA MULRANE | Washington Mutual, Inc. | General Unsecured |
| 2054 | U | Unliquidated | BETTE JACOBSON | Washington Mutual, Inc. | General Unsecured |
| 2086 | U | Unliquidated | CHARLOTTE J GORE | Washington Mutual, Inc. | Priority |

**SCHEDULE 2.10-2**

**Qualified Plan Claims**

| POC # | | Filed Claim Amount | Claimant Name | Debtor | Nature |
|---|---|---|---|---|---|
| 2250 | U | Unliquidated | ROBERT MANNING | Washington Mutual, Inc. | Priority |
| 2251 | U | Unliquidated | CAROLINE STAKELON | Washington Mutual, Inc. | Priority |
| 2273 | U | Unliquidated | KRYSTYNA KACZMARSKI | Washington Mutual, Inc. | General Unsecured |
| 2277 | U | Unliquidated | VIRGINIA J MAGUIRE | Washington Mutual, Inc. | General Unsecured |
| 2358 | U | Unliquidated | RUBY P ALDERMAN | Washington Mutual, Inc. | Priority |
| 2434 | U | Unliquidated | ROBERT S NOBLE | Washington Mutual, Inc. | General Unsecured |
| 2474 | U | Unliquidated | Norman Parker | Washington Mutual, Inc. | Secured |
| 2488 | U | Unliquidated | JAMES L HESTER | Washington Mutual, Inc. | Priority |
| 2491 | U | Unliquidated | THERESE A ASTI | Washington Mutual, Inc. | Priority |
| 2502 | U | Unliquidated | Merrill Wall | Washington Mutual, Inc. | Secured |
| 2508 | U | Unliquidated | Robert Stevens | Washington Mutual, Inc. | Secured |
| 2510 | U | Unliquidated | Charles Rinehart | Washington Mutual, Inc. | Secured |
| 2514 | U | Unliquidated | Edward McGrath | Washington Mutual, Inc. | Secured |
| 2517 | U | Unliquidated | George Miranda | Washington Mutual, Inc. | Secured |
| 2557 | U | Unliquidated | MARILYN E KIRK | Washington Mutual, Inc. | General Unsecured |
| 2596 | U | Unliquidated | SHIFFIE DILIBERTO | Washington Mutual, Inc. | General Unsecured |
| 2657 | U | Unliquidated | Carol Hove Ahmanson | Washington Mutual, Inc. | General Unsecured |
| 2751 | U | Unliquidated | Bruce Crouch | Washington Mutual, Inc. | General Unsecured |
| 2751 | U | Unliquidated | Bruce Crouch | Washington Mutual, Inc. | Secured |
| 2837 | U | Unliquidated | RICHARD CAREAGA | Washington Mutual, Inc. | Priority |
| 2849 | U | Unliquidated | JERRY HAVRANEK | Washington Mutual, Inc. | General Unsecured |
| 2924 | U | Unliquidated | MARY NIGRO | Washington Mutual, Inc. | General Unsecured |
| 2954 | U | Unliquidated | EDYTHE HAVRANEK | Washington Mutual, Inc. | General Unsecured |
| 3032 | U | Unliquidated | Leanne M Matthews | Washington Mutual, Inc. | General Unsecured |
| 3111 | U | Unliquidated | STELLA ELEFTHERIADIS | Washington Mutual, Inc. | Priority |
| 3119 | U | Unliquidated | Richard Deihl | Washington Mutual, Inc. | Secured |
| 3119 | U | Unliquidated | Richard Deihl | Washington Mutual, Inc. | General Unsecured |
| 3157 | U | Unliquidated | LOIS R COTTON | Washington Mutual, Inc. | General Unsecured |
| 3167 | U | Unliquidated | Robert De Kruif | Washington Mutual, Inc. | Secured |
| 3167 | U | Unliquidated | Robert De Kruif | Washington Mutual, Inc. | General Unsecured |
| 3171 | U | Unliquidated | Jerry Iverson | Washington Mutual, Inc. | Secured |
| 3171 | U | Unliquidated | Jerry Iverson | Washington Mutual, Inc. | General Unsecured |
| 3173 | U | Unliquidated | E NANCY MARKLE | Washington Mutual, Inc. | Secured |
| 3173 | U | Unliquidated | E NANCY MARKLE | Washington Mutual, Inc. | General Unsecured |
| 3181 | U | Unliquidated | CHARLES E HARTZELL | Washington Mutual, Inc. | General Unsecured |
| 3182 | U | Unliquidated | HELEN C HARTZELL | Washington Mutual, Inc. | General Unsecured |
| 3195 | U | Unliquidated | MARILYN CAPALDO | Washington Mutual, Inc. | General Unsecured |

SCHEDULE 2.10-3

**Qualified Plan Claims**

| POC # | | Filed Claim Amount | Claimant Name | Debtor | Nature |
|---|---|---|---|---|---|
| 3235 | U | Unliquidated | MARION J HENTZ | Washington Mutual, Inc. | General Unsecured |
| 3355 | U | Unliquidated | GLORIA V HOST | Washington Mutual, Inc. | Secured |
| 3530 | U | Unliquidated | WILLIAM WRIGHT | Washington Mutual, Inc. | General Unsecured |
| 3552 | U | Unliquidated | MARC B WRIGHT | Washington Mutual, Inc. | Priority |

**LAKEVIEW CLAIM**

| POC # | Claimant Name | Filed Claim Amount | Debtor | Nature |
|-------|---------------|--------------------|--------|--------|
| 2838 | RICHARD GREGORY SKINNER | $214,699.00 | Washington Mutual, Inc. | Priority |

**SCHEDULE 2.11(a)**

**LIST OF TOWER INSURANCE PROGRAMS
POLICIES AND BOND**

## Schedule 2.11(a)

### Blended Tower Insurance Program:

| Type | Policy Term | Expiration | Policy Number | Line of Coverage | Carrier |
|------|-------------|------------|---------------|------------------|---------|
| Blended Program | 5/1/07 - 5/1/08 | | 509/QA015407 | Primary | Lloyds of London |
| Blended Program | 5/1/07 - 5/1/08 | | IPR 3757675-02 | 1st Excess | Zurich |
| Blended Program | 5/1/07 - 5/1/08 | | 6804-4507 | 2nd Excess | Federal Insurance Co. |
| Blended Program | 5/1/07 - 5/1/08 | | 741-99-20 | 3rd Excess | National Union Fire Insurance Co. |
| Blended Program | 5/1/07 – 5/1/08 | | BFI0014974-01 | 3rd Excess | Arch |
| Financial Institution Bond | 5/1/07 - 5/1/08 | | 509/QA015607 | Excess FIB/ECCP | Lloyds of London |
| Blended Program | 5/1/08 - 5/1/09 | | FD0806211 | Primary | Lloyds of London |
| Blended Program | 5/1/08 - 5/1/09 | | 14-MG-08-A9112 | 1st Excess | HCC |
| Blended Program | 5/1/08 - 5/1/09 | | C009430/001 | 2nd Excess | Allied World Assurance Co. |
| Blended Program | 5/1/08 - 5/1/09 | | 00-474-69-61 | 3rd Excess | AIG Casualty Co |
| Blended Program | 5/1/08 - 5/1/09 | | DOX G23646298 001 | 4th Excess | ACE USA Professional Risk |
| Financial Institution Bond | 5/1/08 - 5/1/09 | 9/26/08 | 8212-6709 | Excess FIB/ECCP | Federal Insurance Co. |
| Financial Institution Bond | 5/1/08 - 5/1/09 | 9/26/08 | 478-11-50 | Excess FIB/ECCP | National Union Fire Insurance Co. |
| Financial Institution Bond | 5/1/08 - 5/1/09 | 9/26/08 | FID 596698800 | Excess FIB/ECCP | Zurich |

*Blended Program = Financial Institution Bond, Electronic and Computer Crime, Banker's Professional Liability, Employment Practices Liability and Fiduciary Liability coverage.*

*FIB = Financial Institution Bond*

### Directors & Officers Insurance:

| Type | Policy Term | Expiration | Policy Number | Line of Coverage | Carrier |
|------|-------------|------------|---------------|------------------|---------|
| ABC D&O | 5/01/07 – 05/01/08 | | 741-98-06 | Primary | Chartis |
| ABC D&O | 5/01/07 – 05/01/08 | | ELU097687-07 | 1st Excess | XL Specialty Insurance Co. |
| ABC D&O | 5/01/07 – 05/01/08 | | 00 DA 1497374-07 | 2nd Excess | Twin City Fire Insurance Co. |
| ABC D&O | 5/01/07 – 05/01/08 | | DOX G21669994 004 | 3rd Excess | ACE American Insurance Co. |
| ABC D&O | 5/01/07 – 05/01/08 | | DOX0006090-02 | 4th Excess | Arch Insurance Group |
| ABC D&O | 5/01/07 – 05/01/08 | | 8208-3395 | 5th Excess | Federal Insurance Co. |
| ABC D&O | 5/01/07 – 05/01/08 | | 287127607 | 5th Excess | Continental Casualty Co. |
| ABC D&O | 5/01/07 – 05/01/08 | | 590CM2684 | 6th Excess | St. Paul Travelers Inc. |
| ABC D&O | 5/01/07 – 05/01/08 | | G238226001 | 7th Excess | Ace Westchester |
| ABC D&O | 5/01/07 – 05/01/08 | | HS625033 | 7th Excess | RSUI Group, Inc. |

SCHEDULE 2.11(a)-1

| Type | Policy Term | Expiration | Policy Number | Line of Coverage | Carrier |
|---|---|---|---|---|---|
| ABC D&O | 5/01/07 – 05/01/08 | | 347-2092 | 8th Excess | National Union Fire Insurance Co. |
| Side A | 5/01/07 – 05/01/08 | | ELU097685-07 | Primary Side A | XL Specialty Insurance Co. |
| Side A | 5/01/07 – 05/01/08 | | 6802-6117 | Side A 1st Excess | Federal Insurance Co. |
| Side A | 5/01/07 – 05/01/08 | | 00DA021819707 | Side A 2nd Excess | Twin City Fire Insurance Co. |
| Side A | 5/01/07 – 05/01/08 | | 287127641 | Side A 3rd Excess | CNA Global Specialty Lines |
| Side A | 5/01/07 – 05/01/08 | | RNN713043/01/2007 | Side A 3rd Excess | Axis Financial Insurance |
| Side A | 5/01/07 – 05/01/08 | | QA015507 | Side A 4th Excess | Lloyds of London |
| ABC D&O | 5/1/08 - 5/1/09 | | ELU104380-08 | Primary | XL Specialty Insurance Co. |
| ABC D&O | 5/1/08 - 5/1/09 | | 463-33-47 | 1st Excess | National Union Fire Insurance Co. |
| Side A | 5/1/08 - 5/1/09 | | 287127641 | Primary Side A | Columbia Casualty Co. |
| Side A | 5/1/08 - 5/1/09 | | MNN 713043/01/2008 | Side A 1st Excess | Axis Insurance Co. |
| Side A | 5/1/08 - 5/1/09 | | DOX G21669994 005 | Side A 2nd Excess | ACE USA Professional Risk |
| Side A | 5/1/08 - 5/1/09 | | ABX0027001-00 | Side A 3rd Excess | Arch Insurance Co. |
| Side A | 5/1/08 - 5/1/09 | | NHS628955 | Side A 4th Excess | RSUI Indemnity Co. |
| Side A | 5/1/08 - 5/1/09 | | 358-0734 | Side A 5th Excess | AIG Casualty Co. |
| Side A | 5/1/08 - 5/1/09 | | 14-MG-08-A9106 | Side A 6th Excess | Houston Casualty Co. |
| Side A | 5/1/08 - 5/1/09 | | B0509QA027908 | Side A 7th Excess | Lloyd's of London |
| Side A | 5/1/08 - 5/1/09 | | C009436/001 | Side A 8th Excess | Allied World Assurance Co. |
| Side A | 5/1/08 - 5/1/09 | | XMI0800039 | Side A 9th Excess | Scottsdale Indemnity Co. |
| DIP D&O (Post-petition) | 9/26/08-9/26/09 | | ELU108345-08 | 1st Extension | XL Specialty Insurance Co. |
| DIP D&O (Post-petition) | 9/26/09-9/26/10 | | ELU108345-08 | 2nd Extension | XL Specialty Insurance Co. |
| D&O Run-off (Pre-petition) | 9/26/08-5/1/10 | | ELU104380-08 | 1st Extension | XL Specialty Insurance Co. |
| D&O Run-off (Pre-petition) | 5/1/10-5/1/12 | | ELU104380-08 | 2nd Extension | XL Specialty Insurance Co. |

SCHEDULE 2.11(a)-2

**SCHEDULE 2.15(a)**

**LIST OF CLAIMS ASSOCIATED**
**WITH VISA SHARES**

| Claim No. | Name | Total Filed Claim Amount | Debtor Name | Nature |
|---|---|---|---|---|
| 2483 | Visa USA Inc | Unliquidated | WMI | GUC & Secured |
| 2787 | JPMorgan Chase Bank National Association | Unliquidated | WMI | GUC & Secured |
| 2812 | David L Mitchell Esq and Thomas B Hatch Esq. | 5,064,200,000 | WMI | GUC |
| 3260 | JPMorgan Chase Bank National Association | Unliquidated | WMI | GUC & Secured |

SCHEDULE 2.15(a)-1

**SCHEDULE 2.21**

**LIST OF BKK-RELATED POLICIES
AND BKK-RELATED CARRIERS**

## BKK-RELATED POLICIES

| CARRIER | POLICY | YEARS |
|---|---|---|
| Aetna/Associated Int'l Ins. Co. | 59XN20WCA and all policies identified as underlying insurance in such policy | 4/1/85 – 4/1/86 |
| Aetna/Travelers | 59XN10WCA and all policies identified as underlying insurance in such policy | 04/01/84 – 04/01/85 |
| Aetna/Travelers | 59XN6WCA and all policies identified as underlying insurance in such policy | 04/01/83 – 04/01/84 |
| Aetna/Travelers | 33AL800011SC(Y) | 04/01/68 – 05/16/71 |
| American Home/AIG | 275-00-26 and all policies identified as underlying insurance in such policy | Excess Umbrella 11/28/72 – 11/28/75 |
| American Home/AIG | 359-15-34 and all policies identified as underlying insurance in such policy | Excess Umbrella 04/01/75 – 04/01/78 |
| Central National of Omaha (ACE) | CNU 16-38-24 | 04/01/82 – 04/01/83 |
| Central National of Omaha (ACE) | CNU 00-14-16 and all policies identified as underlying insurance in such policy | 04/01/83 – 04/01/84 |
| Century Indemnity Company (ACE) | CIU 55-05-74 and all policies identified as underlying insurance in such policy | 04/01/84 – 04/01/85 |
| Century Indemnity Company (ACE) | CIU 551990 and all policies identified as underlying insurance in such policy | 04/01/85 – 04/01/86 |
| Century Indemnity Company (ACE) | CIU 55-25-53 and all policies identified as underlying insurance in such policy | 4/1/86 – 4/1/87 |

| Federal Insurance Company | 79205803 and all policies identified as underlying insurance | 04/01/75 – 04/01/78 |
|---|---|---|
| Federal Insurance Company | FMP6825264 (64A, 64B 64C) | 05/16/71 – 05/16/76 |
| Federal Insurance Company | 3510-74-10 | 12/31/76 – 04/01/86 |
| Federal Insurance Company | GLP(85)7143-81-57 | 04/01/80 – 04/01/86 |
| Federal Insurance Company | GLP(79)7762-37-44 | 04/01/72 – 12/31/79 |
| Fireman's Fund Ins. Co. | XLX 1438712 and all policies identified as underlying insurance in such policy | 04/01/83 - 04/01/84 |
| Fireman's Fund Ins. Co. | TP 60435 | 04/01/65 – 04/01/68 |
| Fireman's Fund Ins. Co. | XLX 1619882 and all policies identified as underlying insurance in such policy | 04/01/84 – 04/01/85 |
| Fireman's Fund Ins. Co. | XLX 1689534 and all policies identified as underlying insurance in such policy | 04/01/85 – 04/01/86 |
| Pacific Indemnity Co. | LC77187488 | 04/01/63 -- 04/01/65 |
| U.S. Fire Ins. Co. | CCL 142226 and all policies identified as underlying insurance in such policy | 04/01/63 – 04/01/66 |
| U.S. Fire Ins. Co. | CCL 208348 and all policies identified as underlying insurance in such policy | 04/01/66 – 04/01/69 |
| U.S. Fire Ins. Co. | DCL 494927 and all policies identified as underlying insurance in such policy | 04/01/69 – 04/01/72 |
| Any other policies that may be identified as possibly providing coverage for the liabilities identified as the BKK Liabilities | | |

SCHEDULE 2.21-2

**SCHEDULE 2.23**

**LIST OF CLAIMS ASSOCIATED
WITH BONDING CLAIMS**

**Lakeview Claim**

| POC # | Claimant Name | Filed Claim Amount | Debtor | Nature |
|-------|--------------|-------------------|--------|--------|
| 2838 | RICHARD GREGORY SKINNER | $214,699.00 | Washington Mutual, Inc. | Priority |

**Safeco Surety Bond Claim**

| Date Filed | Claim No. | Name | Total Field Claim Amount | Debtor Name | Nature |
|-----------|-----------|------|-------------------------|-------------|--------|
| 08/12/2009 | 3760 | Safeco Insurance Company of America | 2,701,755 | WMI | Secured |
| 08/12/2009 | 3760 | Safeco Insurance Company of America | 222,798,245 | WMI | General Unsecured |

SCHEDULE 2.23

**SCHEDULE 3.1(a)**

**LIST OF ORDINARY COURSE PROFESSIONALS**

Kathleen C. Dewar
Christy Vernor, CPA
60th Street Advisors/Carey M. Bregnan

**SCHEDULE 3.1(b)**

**LIST OF POST-PETITION DATE AGREEMENTS
RE:  WMI ENTITIES**

1.  Agreement Regarding WaMu Savings Plan, dated as of June 16, 2009, between Washington Mutual, Inc., JPMorgan Chase Bank, N.A. and their respective affiliates and subsidiaries.

2.  Assignment of Trust Agreement, dated as of August 10, 2009, between Washington Mutual, Inc. and Fidelity Management Trust Company, consented to by JPMorgan Bank Chase Bank, N.A.

3.  Agreement, dated October ___, 2009, between Ahmanson Obligation Company and JPMorgan Chase Bank, N.A.

4.  Stipulation and Agreement , dated October 9, 2009 among Washington Mutual, Inc. and WMI Investment Corporation (collectively, the "Debtors"), Dell Marketing L.P. and JPMorgan Chase Bank, N.A. resolving Motion of Debtors Pursuant to Rule 9024 of the Federal Rules of Bankruptcy Procedure for Reconsideration of the Order Approving That Certain Stipulation by an between Debtors and Dell Marketing, L.P., dated December 17, 2008.

5.  Agreement Regarding Reconciliation of State Tax Refunds entered into by and among Washington Mutual, Inc., JPMorgan Chase Bank, N.A. and Federal Deposit Corporation, dated May 29, 2009.

6.  Limited Power of Attorney by Ahmanson Obligation Company in favor of JPMorgan Chase Bank, N.A. regarding servicing and administration of certain mortgage loans, , dated September 29, 2009.

7.  Settlement Agreement, dated ___, 2010, by and among Zurich American Insurance Company and its subsidiaries and affiliated companies, Washington Mutual, Inc., WMI Investment Corp. and JPMorgan Chase Bank, N.A.

8.  Settlement Agreement, dated ___, 2010, by and among Old Republic Insurance Company and its subsidiaries and affiliated companies, Washington Mutual, Inc., WMI Investment Corp. and JPMorgan Chase Bank, N.A.

9.  Settlement Agreement, dated ___, 2010, by and among Lumbermens Mutual Casualty Company, American Motorists Insurance Company, American Manufacturing Mutual Insurance Company, American Protection Insurance Company, Washington Mutual, Inc., WMI Investment Corp. and JPMorgan Chase Bank, N.A.

10. Agreement, dated November 24, 2008, by and between Washington Mutual, Inc. and JPMorgan Chase Bank, N.A. for indemnification of JPMorgan Chase Bank, N.A. for certain work relating to Internal Revenue Code Section 409A.

SCHEDULE 3.1(b)-1

11.    Letter Agreement, dated April 9, 2010, entered into between JPMorgan Chase Bank, N.A. and NorLease Inc. and acknowledged and consented to in part by Washington Mutual, Inc.

12.    Assignment And Assumption Agreement, dated as of February 10, 2009, among Washington Mutual, Inc., JPMorgan Chase Bank, N.A., and PGA Plaza Associates, Ltd.

13.    Assignment And Assumption Agreement, dated as of February 10, 2009, among Washington Mutual, Inc., JPMorgan Chase Bank, N.A., and Batac Corporation.

**SCHEDULE 3.2**

**LIST OF POST-PETITION DATE AGREEMENT
RE:  JPMC ENTITIES**

1.     Agreement Regarding WaMu Savings Plan, dated as of June 16, 2009, between Washington Mutual, Inc., JPMorgan Chase Bank, N.A. and their respective affiliates and subsidiaries.

2.     Assignment of Trust Agreement, dated as of August 10, 2009, between Washington Mutual, Inc. and Fidelity Management Trust Company, consented to by JPMorgan Bank Chase Bank, N.A.

3.     Agreement, dated October ___, 2009, between Ahmanson Obligation Company and JPMorgan Chase Bank, N.A.

4.     Stipulation and Agreement , dated October 9, 2009 among Washington Mutual, Inc. and WMI Investment Corporation (collectively, the "Debtors"), Dell Marketing L.P. and JPMorgan Chase Bank, N.A. resolving Motion of Debtors Pursuant to Rule 9024 of the Federal Rules of Bankruptcy Procedure for Reconsideration of the Order Approving That Certain Stipulation by an between Debtors and Dell Marketing, L.P., dated December 17, 2008.

5.     Agreement Regarding Reconciliation of State Tax Refunds entered into by and among Washington Mutual, Inc., JPMorgan Chase Bank, N.A. and Federal Deposit Corporation, dated May 29, 2009.

6.     Limited Power of Attorney by Ahmanson Obligation Company in favor of JPMorgan Chase Bank, N.A. regarding servicing and administration of certain mortgage loans, , dated September 29, 2009.

7.     Settlement Agreement, dated ___, 2010, by and among Zurich American Insurance Company and its subsidiaries and affiliated companies, Washington Mutual, Inc., WMI Investment Corp. and JPMorgan Chase Bank, N.A.

8.     Settlement Agreement, dated ___, 2010, by and among Old Republic Insurance Company and its subsidiaries and affiliated companies, Washington Mutual, Inc., WMI Investment Corp. and JPMorgan Chase Bank, N.A.

9.     Settlement Agreement, dated ___, 2010, by and among Lumbermens Mutual Casualty Company, American Motorists Insurance Company, American Manufacturing Mutual Insurance Company, American Protection Insurance Company, Washington Mutual, Inc., WMI Investment Corp. and JPMorgan Chase Bank, N.A.

10.     Agreement, dated November 24, 2008, by and between Washington Mutual, Inc. and JPMorgan Chase Bank, N.A. for indemnification of JPMorgan Chase Bank, N.A. for certain work relating to Internal Revenue Code Section 409A.

11. Letter Agreement, dated April 9, 2010, entered into between JPMorgan Chase Bank, N.A. and NorLease Inc. and acknowledged and consented to in part by Washington Mutual, Inc.

12. Assignment And Assumption Agreement, dated as of February 10, 2009, among Washington Mutual, Inc., JPMorgan Chase Bank, N.A., and PGA Plaza Associates, Ltd.

13. Assignment And Assumption Agreement, dated as of February 10, 2009, among Washington Mutual, Inc., JPMorgan Chase Bank, N.A., and Batac Corporation.

**SCHEDULE 3.3**

**LIST OF POST-PETITION DATE AGREEMENTS
RE:  FDIC ENTITIES**

NONE

## SCHEDULE 3.5

### LIST OF POST-PETITION DATE AGREEMENTS
### RE:  CREDITORS' COMMITTEE

NONE

**First Amendment**

## AMENDMENT TO SECOND AMENDED AND
## RESTATED SETTLEMENT AGREEMENT

AMENDMENT TO SECOND AMENDED AND RESTATED SETTLEMENT AGREEMENT (the "*Amendment*"), dated as of February _8_, 2011, by and among (a) Washington Mutual, Inc. ("*WMI*") and WMI Investment Corp. ("*WMIIC*" and, collectively with WMI, the "*Debtors*"), (b) JPMorgan Chase Bank, N.A. ("*JPMC*" and, collectively with those of JPMC's affiliates that have filed proofs of claim against the Debtors and the Debtors' chapter 11 estates or that are Acquisition JPMC Entities, as defined below, the "*JPMC Entities*"), (c) Federal Deposit Insurance Corporation, in its capacity as receiver for Washington Mutual Bank ("*FDIC Receiver*"), (d) Federal Deposit Insurance Corporation, in its corporate capacity ("*FDIC Corporate*"), and (e) the official committee of unsecured creditors appointed in the Debtors' chapter 11 cases (the "*Creditors' Committee*"). The signatories hereto are referred to hereinafter collectively as the "*Parties*" or individually as a "*Party*".

RECITALS

A.    Each of the Parties has executed that certain Second Amended and Restated Settlement Agreement (the "*Agreement*"), dated as of February 7, 2011, relating to, among other things, the compromise and settlement of issues among them and the purchase and sale of certain assets between the Debtors and JPMC. Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Agreement.

B.    The Bankruptcy Court has scheduled a hearing to consider confirmation of the Plan for May 2, 2011.

C.    The Parties desire to amend the Agreement in accordance with the terms and provisions provided for herein.

NOW, THEREFORE, the Parties, in consideration of the promises, covenants and agreements herein described and for other good and valuable consideration acknowledged by each of them to be satisfactory and adequate, and intending to be legally bound, do hereby mutually agree as follows:

AGREEMENT

Section 1.1    Termination Date. Section 7.3 of the Agreement, entitled "*Termination of Agreement*", is hereby modified by deleting the words "April 30, 2011" through the conclusion of such section and inserting "May 31, 2011" in lieu thereof.

Section 1.2    No Modification. Unless otherwise modified pursuant to this Amendment, the terms and provisions of the Agreement remain in full force and effect.

IN WITNESS WHEREOF, the Parties hereto have caused this
Amendment to be executed as of the date first written above.

WASHINGTON MUTUAL, INC.,
as Debtor in Possession

By: _____
    Name: Charles Edward Smith
    Title: Executive Vice President


WMI INVESTMENT CORP.,
as Debtor in Possession

By: _____
    Name: Charles Edward Smith
    Title: Executive Vice President


JPMORGAN CHASE BANK, N.A.


By: _____
    Name: Lawrence N. Chanen
    Title: Senior Vice President and
           Associate General Counsel


FEDERAL DEPOSIT INSURANCE
    CORPORATION, as Receiver for
    Washington Mutual Bank

By: _____
    Name: Robert Schoppe
    Title: Receiver in Charge

IN WITNESS WHEREOF, the Parties hereto have caused this Amendment to be executed as of the date first written above.

WASHINGTON MUTUAL, INC.,
    as Debtor in Possession

By: _____
    Name:
    Title:


WMI INVESTMENT CORP.,
    as Debtor in Possession

By: _____
    Name:
    Title:


JPMORGAN CHASE BANK, N.A.

By: *Lawrence N. Chanen*
    Name:  Lawrence N. Chanen
    Title:  Senior Vice President and
             Associate General Counsel


FEDERAL DEPOSIT INSURANCE
    CORPORATION, as Receiver for
    Washington Mutual Bank

By: _____
    Name:  Robert Schoppe
    Title:  Receiver in Charge

IN WITNESS WHEREOF, the Parties hereto have caused this Amendment to be executed as of the date first written above.

WASHINGTON MUTUAL, INC.,
as Debtor in Possession

By: _____
Name:
Title:


WMI INVESTMENT CORP.,
as Debtor in Possession

By: _____
Name:
Title:


JPMORGAN CHASE BANK, N.A.


By: _____
Name:  Lawrence N. Chanen
Title:  Senior Vice President and
          Associate General Counsel


FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
Washington Mutual Bank

By: _____
Name:  Robert Schoppe
Title:  Receiver in Charge

FEDERAL DEPOSIT INSURANCE
   CORPORATION, in Its Corporate
   Capacity

By: _____
    Name:  Michael H. Krimminger
    Title:  General Counsel


THE OFFICIAL COMMITTEE
   OF UNSECURED CREDITORS

By: _____
    Name:
    Title:  Authorized Representative

FEDERAL DEPOSIT INSURANCE
    CORPORATION, in Its Corporate
    Capacity

By:         _____
        Name:  Michael H. Krimminger
        Title:  General Counsel


THE OFFICIAL COMMITTEE
    OF UNSECURED CREDITORS

By: *Akin Gump Strauss Hauer & Feld LLP*
   By: Name: *Fred S. Hodara, A Member of the Firm*
      Title:  Authorized Representative

**<u>Second Amendment</u>**

## SECOND AMENDMENT TO SECOND AMENDED
## AND RESTATED SETTLEMENT AGREEMENT

SECOND AMENDMENT TO SECOND AMENDED AND RESTATED SETTLEMENT AGREEMENT (the "*Amendment*"), dated as of May 31, 2011, by and among (a) Washington Mutual, Inc. ("*WMI*") and WMI Investment Corp. ("*WMIIC*" and, collectively with WMI, the "*Debtors*"), (b) JPMorgan Chase Bank, N.A. ("*JPMC*" and, collectively with those of JPMC's affiliates that have filed proofs of claim against the Debtors and the Debtors' chapter 11 estates or that are Acquisition JPMC Entities, as defined below, the "*JPMC Entities*"), (c) Federal Deposit Insurance Corporation, in its capacity as receiver for Washington Mutual Bank ("*FDIC Receiver*"), (d) Federal Deposit Insurance Corporation, in its corporate capacity ("*FDIC Corporate*"), and (e) the official committee of unsecured creditors appointed in the Debtors' chapter 11 cases (the "*Creditors' Committee*"). The signatories hereto are referred to hereinafter collectively as the "*Parties*" or individually as a "*Party*".

RECITALS

A.    Each of the Parties has executed that certain Second Amended and Restated Settlement Agreement (as it has and may be further amended, the "*Agreement*"), dated as of February 7, 2011, relating to, among other things, the compromise and settlement of issues among them and the purchase and sale of certain assets between the Debtors and JPMC. Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Agreement.

B.    Each of the Parties has executed an amendment to the Agreement, dated as of February 8, 2011, extending the term of the Agreement to May 31, 2011.

C.    The Bankruptcy Court has scheduled a hearing to consider confirmation of the Plan for June 29, 2011, but such date may be further extended.

D.    The Parties desire to further amend the Agreement in accordance with the terms and provisions provided for herein.

NOW, THEREFORE, the Parties, in consideration of the promises, covenants and agreements herein described and for other good and valuable consideration acknowledged by each of them to be satisfactory and adequate, and intending to be legally bound, do hereby mutually agree as follows:

AGREEMENT

Section 1.1    Definitions. The defined term "*Net Tax Refunds*" in Section 1.2 of the Agreement, entitled "*Definitions*", is hereby modified by deleting the words "after the date hereof", which appear in both the first and second lines of clause (iii) of this definition, and, in both instances, inserting "after May 24, 2010" in lieu thereof.

Section 1.2    <u>Tax Expenses</u>. Section 2.4(f) of the Agreement, entitled *"Tax Expenses"*, is hereby modified by adding the following at the conclusion thereof:

> Any out-of-pocket expenses incurred by WMI or JPMC after May 24, 2010 and solely relating to services performed after May 24, 2010 with respect to outside legal or other tax advisors (which, for the avoidance of doubt, does not include Alvarez & Marsal LLC or any of its Affiliates) that are participating in any proceeding with any Tax Authorities to resolve any issues with respect to Pre-2009 Group Taxes shall be payable out of the funds of the Refund Escrow Account, the funds of the Washington Mutual Escrow Account, and/or the JPMC Escrow Account, either directly to such advisors or as reimbursement to WMI or JPMC, as applicable, in the same manner, and to the same extent and proportion, as if such fees and expenses were Pre-2009 Group Taxes determined to be payable in accordance with Section 2.4(g) of the Agreement.  For the avoidance of doubt, the preceding sentence shall not reduce the amount that the FDIC Receiver would be entitled to receive pursuant to the terms and provisions of Section 2.4 hereof.

Section 1.3    <u>Termination Date</u>. Section 7.3 of the Agreement, entitled *"Termination of Agreement"*, is hereby modified by deleting the words "May 31, 2011" through the conclusion of such section and inserting "August 31, 2011" in lieu thereof.

Section 1.4    <u>No Modification</u>. Unless otherwise modified pursuant to this Amendment, the terms and provisions of the Agreement remain in full force and effect.

IN WITNESS WHEREOF, the Parties hereto have caused this Amendment to be executed as of the date first written above.

WASHINGTON MUTUAL, INC.,
as Debtor in Possession

By: _____
Name: Charles Edward Smith
Title: Executive Vice President

WMI INVESTMENT CORP.,
as Debtor in Possession

By: _____
Name: Charles Edward Smith
Title: Executive Vice President

JPMORGAN CHASE BANK, N.A.

By: _Laurence N. Chanen_

     Name:  Lawrence N. Chanen
     Title:  Senior Vice President and
            Associate General Counsel


FEDERAL DEPOSIT INSURANCE
     CORPORATION, as Receiver for
     Washington Mutual Bank

By: _____

     Name:  Robert Schoppe
     Title:  Receiver in Charge


FEDERAL DEPOSIT INSURANCE
     CORPORATION, in Its Corporate
     Capacity

By: _____

     Name:
     Title:  General Counsel


THE OFFICIAL COMMITTEE
     OF UNSECURED CREDITORS

By: _____

     Name:
     Title:  Authorized Representative

JPMORGAN CHASE BANK, N.A.

By: _____
      Name:  Lawrence N. Chanen
      Title:  Senior Vice President and
               Associate General Counsel


FEDERAL DEPOSIT INSURANCE
      CORPORATION, as Receiver for
      Washington Mutual Bank

By: _____
      Name:  Robert Schoppe
      Title:  Receiver in Charge


FEDERAL DEPOSIT INSURANCE
      CORPORATION, in Its Corporate
      Capacity

By: _____
      Name:
      Title:  General Counsel


THE OFFICIAL COMMITTEE
      OF UNSECURED CREDITORS

By: _____
      Name:
      Title:  Authorized Representative

JPMORGAN CHASE BANK, N.A.

By:    _____

       Name:  Lawrence N. Chanen
       Title:  Senior Vice President and
              Associate General Counsel


FEDERAL DEPOSIT INSURANCE
     CORPORATION, as Receiver for
Washington Mutual Bank

By:    _____

       Name:  Robert Schoppe
       Title:  Receiver in Charge


FEDERAL DEPOSIT INSURANCE
     CORPORATION, in Its Corporate
Capacity

By:    _____

       Name:
       Title:  General Counsel  (acting)


THE OFFICIAL COMMITTEE
     OF UNSECURED CREDITORS

By:    _____

       Name:
       Title:  Authorized Representative

JPMORGAN CHASE BANK, N.A.

By: _____
       Name:  Lawrence N. Chanen
       Title:  Senior Vice President and
               Associate General Counsel


FEDERAL DEPOSIT INSURANCE
      CORPORATION, as Receiver for
      Washington Mutual Bank

By: _____
       Name:  Robert Schoppe
       Title:  Receiver in Charge


FEDERAL DEPOSIT INSURANCE
      CORPORATION, in Its Corporate
      Capacity

By: _____
       Name:
       Title:  General Counsel


THE OFFICIAL COMMITTEE
      OF UNSECURED CREDITORS
By : Akin Gump, Strauss Hauer & Feld LLP
By: _/s/ Hodara, A Member of The Firm_
       Name:  Fred S. Hodara
       Title:  Authorized Representative

**<u>Third Amendment</u>**

## THIRD AMENDMENT TO SECOND AMENDED
## AND RESTATED SETTLEMENT AGREEMENT

THIRD AMENDMENT TO SECOND AMENDED AND RESTATED
SETTLEMENT AGREEMENT (the "*Amendment*"), dated as of August 31, 2011, by
and among (a) Washington Mutual, Inc. ("*WMI*") and WMI Investment Corp. ("*WMIIC*"
and, collectively with WMI, the "*Debtors*"), (b) JPMorgan Chase Bank, N.A. ("*JPMC*"
and, collectively with those of JPMC's affiliates that have filed proofs of claim against
the Debtors and the Debtors' chapter 11 estates or that are Acquisition JPMC Entities, as
defined below, the "*JPMC Entities*"), (c) Federal Deposit Insurance Corporation, in its
capacity as receiver for Washington Mutual Bank ("*FDIC Receiver*"), (d) Federal
Deposit Insurance Corporation, in its corporate capacity ("*FDIC Corporate*"), and (e) the
official committee of unsecured creditors appointed in the Debtors' chapter 11 cases (the
"*Creditors' Committee*"). The signatories hereto are referred to hereinafter collectively
as the "*Parties*" or individually as a "*Party*".

RECITALS

      A.      Each of the Parties has executed that certain Second Amended and
Restated Settlement Agreement (as it has and may be further amended, the
"*Agreement*"), dated as of February 7, 2011, relating to, among other things, the
compromise and settlement of issues among them and the purchase and sale of certain
assets between the Debtors and JPMC. Unless otherwise defined herein, capitalized
terms used herein shall have the meanings ascribed to them in the Agreement.

      B.      Each of the Parties has executed amendments to the Agreement
modifying certain terms therein, including, without limitation, extending the term of the
Agreement to August 31, 2011.

      C.      As of the date hereof, the Bankruptcy Court's decision regarding
confirmation of the Plan remains *sub judice*.

      D.      The Parties desire to further amend the Agreement in accordance
with the terms and provisions provided for herein.

      NOW, THEREFORE, the Parties, in consideration of the promises,
covenants and agreements herein described and for other good and valuable consideration
acknowledged by each of them to be satisfactory and adequate, and intending to be
legally bound, do hereby mutually agree as follows:

AGREEMENT

      Section 1.1    Termination Date. Section 7.3 of the Agreement, entitled
"*Termination of Agreement*", is hereby modified by deleting the words "August 31,
2011" and inserting "October 15, 2011" in lieu thereof.

Section 1.2    No Modification.  Unless otherwise modified pursuant to this Amendment, the terms and provisions of the Agreement remain in full force and effect.

IN WITNESS WHEREOF, the Parties hereto have caused this Amendment to be executed as of the date first written above.

WASHINGTON MUTUAL, INC.,
as Debtor in Possession

By: _____

Name:    Charles Edward Smith
Title:    Executive Vice President &
         General Counsel


WMI INVESTMENT CORP.,
as Debtor in Possession

By: _____

Name:
Title:    Charles Edward Smith
         Executive Vice President &
         General Counsel


JPMORGAN CHASE BANK, N.A.

By: _____

Name:  Lawrence N. Chanen
Title:  Senior Vice President and
        Associate General Counsel


FEDERAL DEPOSIT INSURANCE
    CORPORATION, as Receiver for
    Washington Mutual Bank

By: _____

Name:  Robert Schoppe
Title:  Receiver in Charge

Section 1.2    No Modification.  Unless otherwise modified pursuant to this Amendment, the terms and provisions of the Agreement remain in full force and effect.

IN WITNESS WHEREOF, the Parties hereto have caused this Amendment to be executed as of the date first written above.

WASHINGTON MUTUAL, INC.,
    as Debtor in Possession

By:    _____
        Name:
        Title:


WMI INVESTMENT CORP.,
    as Debtor in Possession

By:    _____
        Name:
        Title:


JPMORGAN CHASE BANK, N.A.

By:    _____
        Name:  Lawrence N. Chanen
        Title:  Senior Vice President and
                Associate General Counsel


FEDERAL DEPOSIT INSURANCE
    CORPORATION, as Receiver for
    Washington Mutual Bank

By:    _____
        Name:  Robert Schoppe
        Title:  Receiver in Charge

FEDERAL DEPOSIT INSURANCE
   CORPORATION, as Receiver for
   Washington Mutual Bank

By: _____
   Name:  Robert Schoppe
   Title:  Receiver in Charge


FEDERAL DEPOSIT INSURANCE
   CORPORATION, in Its Corporate
   Capacity

By: _____
   Name:  Michael H. Krimminger
   Title:  General Counsel  9/22/2011


THE OFFICIAL COMMITTEE
   OF UNSECURED CREDITORS

By: _____
   Name:
   Title:  Authorized Representative

FEDERAL DEPOSIT INSURANCE
    CORPORATION, in Its Corporate
    Capacity

By:     _____
        Name:
        Title: General Counsel


THE OFFICIAL COMMITTEE
    OF UNSECURED CREDITORS

By: _____
        Name: Robert A Johnson
        Title: Authorized Representative
        Akin Gump Strauss Hauer & Feld LLP

## FOURTH AMENDMENT TO SECOND AMENDED
## AND RESTATED SETTLEMENT AGREEMENT

FOURTH AMENDMENT TO SECOND AMENDED AND RESTATED SETTLEMENT AGREEMENT (the "*Amendment*"), dated as of October 15, 2011, by and among (a) Washington Mutual, Inc. ("*WMI*") and WMI Investment Corp. ("*WMIIC*" and, collectively with WMI, the "*Debtors*"), (b) JPMorgan Chase Bank, N.A. ("*JPMC*" and, collectively with those of JPMC's affiliates that have filed proofs of claim against the Debtors and the Debtors' chapter 11 estates or that are Acquisition JPMC Entities, as defined below, the "*JPMC Entities*"), (c) Federal Deposit Insurance Corporation, in its capacity as receiver for Washington Mutual Bank ("*FDIC Receiver*"), (d) Federal Deposit Insurance Corporation, in its corporate capacity ("*FDIC Corporate*"), and (e) the official committee of unsecured creditors appointed in the Debtors' chapter 11 cases (the "*Creditors' Committee*").  The signatories hereto are referred to hereinafter collectively as the "*Parties*" or individually as a "*Party*".

RECITALS

A.      Each of the Parties has executed that certain Second Amended and Restated Settlement Agreement (as it has and may be further amended, the "*Agreement*"), dated as of February 7, 2011, relating to, among other things, the compromise and settlement of issues among them and the purchase and sale of certain assets between the Debtors and JPMC.  Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Agreement.

B.      Each of the Parties has executed amendments to the Agreement modifying certain terms therein, including, without limitation, extending the term of the Agreement to October 15, 2011.

C.      On October 6, 2011, the Bankruptcy Court requested that the Agreement be modified to extend the termination date for thirty days in order to permit mediation of certain Plan related issues to take place.  Such mediation has continued and, in order to effectuate a proposed resolution as a result thereof, a lengthier extension of the termination date is required.

D.      The Parties desire to further amend the Agreement in accordance with the terms and provisions provided for herein.

NOW, THEREFORE, the Parties, in consideration of the promises, covenants and agreements herein described and for other good and valuable consideration acknowledged by each of them to be satisfactory and adequate, and intending to be legally bound, do hereby mutually agree as follows:

<u>AGREEMENT</u>

       Section 1.1.   <u>Definitions</u>.  The defined term ***"Plan"*** set forth in the Recital Z of the Agreement is hereby modified by deleting the words "Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code, dated February 7, 2011" in the second through fourth lines thereof and inserting "Seventh Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code, dated December 12, 2011" in lieu thereof.

       Section 1.2.   <u>Termination Date</u>.  Section 7.3 of the Agreement, entitled ***"Termination of Agreement"***, is hereby modified by deleting the words "October 15, 2011" and inserting "February 21, 2012" in lieu thereof.

       Section 1.3.   <u>No Modification</u>.  Unless otherwise modified pursuant to this Amendment, the terms and provisions of the Agreement remain in full force and effect.

       IN WITNESS WHEREOF, the Parties hereto have caused this Amendment to be executed as of the date first written above.

<div style="margin-left:3em">

**WASHINGTON MUTUAL, INC.,**
as Debtor in Possession

By: _____
     Name:
     Title:


**WMI INVESTMENT CORP.,**
as Debtor in Possession

By: _____
     Name:
     Title:


**JPMORGAN CHASE BANK, N.A.**

By: _____
     Name:  Lawrence N. Chanen
     Title:  Senior Vice President and
                 Associate General Counsel

</div>

## AGREEMENT

Section 1.1.    _Definitions._  The defined term "**_Plan_**" set forth in the Recital Z of the Agreement is hereby modified by deleting the words "Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code, dated February 7, 2011" in the second through fourth lines thereof and inserting "Seventh Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code, dated December 12, 2011" in lieu thereof.

Section 1.2.    _Termination Date._  Section 7.3 of the Agreement, entitled "**_Termination of Agreement_**", is hereby modified by deleting the words "October 15, 2011" and inserting "February 21, 2012" in lieu thereof.

Section 1.3.    _No Modification._  Unless otherwise modified pursuant to this Amendment, the terms and provisions of the Agreement remain in full force and effect.

IN WITNESS WHEREOF, the Parties hereto have caused this Amendment to be executed as of the date first written above.

WASHINGTON MUTUAL, INC.,
as Debtor in Possession

By:  _____
Name: Charles Edward Smith
Title: Executive Vice President

WMI INVESTMENT CORP.,
as Debtor in Possession

By:  _____
Name: Charles Edward Smith
Title: Executive Vice President

JPMORGAN CHASE BANK, N.A.

By:  _____
Name:  Lawrence N. Chanen
Title:  Senior Vice President and
        Associate General Counsel

FEDERAL DEPOSIT INSURANCE
    CORPORATION, as Receiver for
    Washington Mutual Bank

By: _____
    Name: Robert Schoppe
    Title: Receiver in Charge


FEDERAL DEPOSIT INSURANCE
    CORPORATION, in Its Corporate
    Capacity

By: _____
    Name: Michael Krimminger   1/20/2012
    Title: General Counsel


THE OFFICIAL COMMITTEE
    OF UNSECURED CREDITORS

By: _____
    Name:
    Title: Authorized Representative

FEDERAL DEPOSIT INSURANCE
    CORPORATION, as Receiver for
    Washington Mutual Bank

By:    _____
        Name:  Robert Schoppe
        Title:  Receiver in Charge


FEDERAL DEPOSIT INSURANCE
    CORPORATION, in Its Corporate
    Capacity

By:    _____
        Name:  Michael Krimminger
        Title:  General Counsel


THE OFFICIAL COMMITTEE
    OF UNSECURED CREDITORS
    *Akin Gump Strauss Hauer & Feld LLP*

By:    *Hodara, A Member of The Firm*
        Name:  *Fred S. Hodara*
        Title:  Authorized Representative

**EXHIBIT J**

**RUNOFF NOTE INDENTURE**

SENIOR FIRST LIEN NOTES INDENTURE

Dated as of [          ], 2012

by and between

WASHINGTON MUTUAL, INC.

and

Wilmington Trust, National Association

as Trustee

13% SENIOR FIRST LIEN NOTES DUE 2030